EXHIBIT A



October 5, 2022

To: The Honorable Gonzalo P. Curiel

**My name is Robin Hart and I was Leo's first wife.** I have been the CFO at Leo Hamel Fine Jewelers for the past 35 years and have known Leo Hamel for 41 years. I consider Leo to be my best (male) friend in the world. Leo has had a bigger impact on my life and even my personality than anyone else I can name other than my parents. The example that he sets is for living a hard-working ethical life, treating others fairly, always seeking improvement, always learning, and always giving others the benefit of the doubt. Leo is a man of his word – if he tells you that he will do something, you can rest assured that he will do it. When wrestling with a problem, I often actually do think to myself, "What would Leo do?"

**Leo the Ex-Husband**: I was married to Leo back in 1982 for 1.5 years. We discovered that with our particular temperaments, we were not suitable as marriage partners but we were great as business partners, so we divorced but stayed together to continue the business that would become Leo Hamel Fine Jewelers.

**Leo the Friend**: Leo has also served as a moral compass for me throughout our relationship. I was raised with strong morals and found that Leo and I had that in common. Even so, when confronted by the multitude of challenges that beset us professionally and personally in life, it can be difficult to determine what the right thing to do is. I can always discuss any issues with Leo and know that he will help me to work out not what is the easiest thing to do but what is the right and best thing to do. I know that I can count on Leo to help me no matter what the need. He is very loyal as a friend, and I've heard him stick up for a friend when others were talking down about that person.

**Leo the Giver**: Leo is one of the most generous people I've ever known. Some people get greedy when they start to make money; Leo did just the opposite. He is always there to help friends, family, and employees, with money, time, or advice. He will lend money to a friend in need even when there's little chance of being repaid. He gives generously to a multitude of charities, because he wants to help make the world a better place. He strives to live his life honorably and never tries to take unfair advantage of others.

One example is that a woman brought in 3 trophies to sell. Two were silver and one she thought was brass. She said we could have the brass one if we bought the silver ones, so we bought them. After she left, Leo discovered that the "brass" trophy was actually solid gold. He could have kept it since she gave it to us, but Leo didn't feel like it that would be a fair exchange, so he sent her a check for $10,000. She was so shocked and pleased. And that isn't the first time that he gave people more than they asked for their goods. Leo doesn't want to rip anyone off, just make a fair profit.

**Leo the Father**: Leo has always been a really hard worker. Back when we were starting our company, he'd work 12-hour days, 7 days a week for years. That started to change when he had kids. Leo is a devoted father to his 3 children. He spends time with them whenever he can and is very concerned for their welfare. He loves to travel with them, and has started writing a book about the lessons that he's learned in life that they might also learn from. While going through his recent divorce, he was very concerned about how it was affecting his children, and spent as much time with them as he could. He never gives up one of his custody days. He gives each child a special day to spend with Leo alone, and

the child gets to choose what it is they want to do. I know the kids just love that one-on-one time with him.

**Leo the Employer**: It's not easy managing a company of 40+ employees. Leo has always inspired fierce loyalty among his employees, partly because he is our fearless leader, but also because he is just as fiercely loyal in return. Employees know that he will treat them fairly and generously. Leo often takes employees to lunch just to hear from them how it's going for them working at our company. His door is always open. He is always interested in suggestions for improvements. Leo is our leader and defines the direction for the entire company. On the website The Glass Door where former and current employees can rate employers, his "CEO approval rating" is 90% positive.

**Leo the Business Man**: One of the reasons that our business has been as successful as it has, is that Leo always treated our vendors with the same respect and honor as he treats his friends and family. Our many vendors are happy to do business with our company because they know we will maintain the integrity of our accounts.

In our business, there is a system called "memo" where vendors give us merchandise to put in our cases and we pay them if and when the merchandise is sold. There's a lot of trust built into that system. Time after time, even when we were just starting out and barely had a dime, vendors that Leo met would memo him hundreds of thousands of dollars' worth of merchandise. They could tell that Leo was a man of his word, and especially once his reputation for honesty got around in the industry, he could get whatever he wanted sent to him on his word alone.

**Leo the Citizen**: Leo has consistently been an upstanding law-abiding citizen. He has supported multiple law enforcement agencies both financially and with membership, sponsorship, and leadership. He sponsored dozens of people to join the San Diego Honorary Deputy Sheriffs Association. He actively supports political candidates whom he feels will make a positive difference for our City, our State, and our Country. He nearly ran for office himself, because he wanted to make a difference, but backed out because he didn't want to be away from his children.

In summary, Leo is a compassionate and exemplary human being and I feel fortunate to call him my friend. He may have made some missteps of late but as serious as they may be, they are minor in comparison to all the good that he has done and will do in the world, and what he means to his friends and family.

Sincerely,

10-5-22

Robin Hart

1 October 2022

To: The Honorable Gonzalo P. Curiel,

My name is Colleen Mitchel. I wanted to write to you personally regarding my relationship with Leo Hamel which started in 1994 and to share some thoughts regarding who Leo is and what he has done to benefit myself and others.

I have known Leo in a variety of capacities, first and foremost friends, then we got married and worked as partners in Leo Hamel Fine Jewelers and continued our relationship as very good friends.

Leo is kindhearted, generous and loyal by nature. Some time back he generously and unselfishly donated 10's of thousands of dollars to charitable groups like, "Drug Free World" "Citizens Commission on Human Rights" and "The Way to Happiness Foundation." The Way to Happiness Foundation has had huge success with its programs in Columbia and some other troubled countries by significantly reducing the drug and crime rates like nothing ever seen before.

During my marriage to Leo, I observed him to be caring, stable and responsible. After we ended our marriage we remained very good friends. One thing I really admired about him was how respectful he was to his parents, Marie and Leo Snr. and how well he took care of them and his family.

Leo's father was a Navy UDT Frogman who served in 3 wars and was very respected by the Community. I found him to be a wonderful man who set a good example for his son, Leo - who is one of eight children. Leo Hamel Snr. taught him to be honest, hardworking and to "do it right the first time."

I also noticed Leo's relationship with his staff was very sincere, kind and he was always willing to educate and help them either when they had questions regarding their job or difficulties in their personal life. It was obvious that they felt part of the family at Leo Hamel Fine Jewelers.

I know Leo to have many warm friends and associates and from my personal observation he is very well liked by the community in San Diego. He started Leo Hamel Fine Jewelers in 1979 and he has become a household name and built his business on excellent customer service and satisfaction.

As his business partner for a while, I found him to be extraordinarily hardworking, very fair, competent and successful in business. He would always strive to improve his business and deliver good value for money to his customers.

To this day we are good friends and I do not believe that will ever change. He has made a huge positive impact on my life in so many ways and this is something I will never forget.

Please feel free to call me should you wish to ask me any additional questions.

Yours respectfully,

Colleen Mitchel

Colleen Mitchel
**Owner Paramount Masonry Inc.**
5320 Se 26th Ave
Portland Oregon
503-858-7640

Dear Honorable Gonzalo P. Curiel,

I am Penelope Hamel, I was married to Leo and lived with him for 17 years. While we are now divorced, we spent many wonderful years together and have three beautiful children. We are still friends and share family experiences.

During the time that we were married, I had the opportunity to watch Leo's many acts of generosity and kindness. For years he has supported Boys and Girls Scouts, Cruise for Kids, the YMCA, just to name a few of his charitable endeavors.

Leo has a brilliant mind and is a forward-thinking individual. He tries to improve conditions around him, is a humanitarian, and strives to positively impact society.

On multiple occasions I have observed Leo's support of his employees and their families. He makes it a point to attend their family functions, and I have personally noticed how meaningful that is. He is a social person and genuinely cares about people. Throughout the year, Leo even hosts events to honor and celebrate his team members and build positive relationships and morale with the group.

Leo loves his children unconditionally. Aside from working to become an excellent provider for our family, he has made efforts to improve his parenting skills by reading literature and taking one-on-one time to spend with each of the kids to build their relationships and make them feel special.

I too have grown tremendously as a person because of Leo's impact on my life. He has shared much wisdom with business and relationships, and he has pushed me to think beyond the limiting beliefs I'd grown up around, to better myself too.

While Leo is not perfect, he takes self-improvement seriously, and has put much time into reading inspirational books and attending courses towards that end. He is a lifelong learner, and still pursues personal betterment.

I feel that he has been more of a value to our community than the mistakes he has made.

With respect,

Penelope Hamel

10/13/2022

Honorable Gonzalo P. Curiel:

My name is Marie Hamel, I came to know Leo on February 11, 1957, the happy day of his birth.

Leo has always been a very loving, respectful, and generous son to me. I have never known him to do anything dishonest or illegal except for this one, awful incident. I loved him right through it and I am proud of my son.

Leo started working for a store called Walker Scott when he was 19 or 20, in the Fine Jewelry Dept. He loved his job, but soon realized he wanted to work for himself. He rented a very small space and converted it into a very small Jewelry Store. It soon expanded from a couple of employees to many employees and from renting two more larger stores, to finally purchasing his own piece of income property. Where now stands the most beautiful Jewelry Store in San Diego that employs close to 40 employees. He is a good employer and treats his employees very well. Most of them love Leo as Ido.

I know Leo feels very blessed with the success of his business. He gives not only to charities such as "Smile Train" a children's charity which helps with cleft palates, and also has helped a sister and younger brother, Lance, in their time of need.

Leo's seven siblings all respect him.

With respect,

Marie Hamel

Marie Hamel
10/07/2022

February 10, 2020

Honorable Gonzalo P. Curiel:

I have known and looked up to Leo for many decades. I have admired his business sense and success. He started his jewelry business out as a one man operation and grew it into a small business that has created job opportunities and careers for a large number of people. I am proud of the fact he employs so may individuals, which in turn enables them to care for their families and live in our wonderful, as they say, "Americas' Finest City".

Leo has also impressed me with his humility. He has never acted haughty in any situation. At family gatherings he is just one of us, except he drives an Aston Martin. He is kind, generous, and is really good at telling funny stories.

When talking with people Leo actually listen when others speak. He is actually interested in their lives what other people have to say. That is a quality you do not find in most people!

We were raised to work hard and at the end of each day to look back on it and be pleased. I would like to say Leo could do that on most days. He is diligent in all he pursues.

At some point in our lives, most of us have made a dreadful decision and had it turn out dreadfully, and then had to shamefully ask ourselves "What was I thinking?"

Leo is a good man and worthy of my respect.

I am Lynn Hamel Canterbury, Leo's younger sister by (2) years.

Thank you for your time,

*Lynn Hamel Canterbury*

Lynn Hamel Canterbury

1

10-07-22

To the Honorable Judge Gonzalo P. Curiel:

I am writing you in regards to Leo Hamel. Leo is my older brother and I have known him my entire life. Leo and I have been working together for over 38 years in our family jewelry business. Leo helped me when I was just 23 years old and hired me without hesitation when I asked him for a job. He sent me to school to learn about diamonds and take sales classes to help me better myself and my career, and he paid for all of the courses himself. He has always been very generous to all of his employees, going far and beyond what a boss should do. He is the kind of brother/boss that I can go to anytime ask opinions without worrying I will be judged. He is a very loyal brother to 7 siblings, nieces, and nephews that he supports all year long and father to his 3 beautiful children. His is always involved with charities/donation to our grade schools and High schools. Leo spoke at his high school St Augustine here in San Diego and a young man came 10 years later telling me he was so impressed with Leo and his accomplishment's that when he needed an engagement ring he would go NOWWHERE but our store!!! Leo has a work ethic that is amazing, he has worked every day I can remember since he graduated high school. Building an incredible business that now employees almost 40 people. Having such a caring and giving boss is something most people cannot say. I love coming to work every day because of Leo Hamel, the wonderful boss, brother, and Businessman.

Sincerely,

Lisa Hamel-McCarthy

October 8, 2022

To The Honorable Gonzalo P. Curiel;

My name is Taylor Jones and I am writing you in regards to Leo Hamel. I have known Leo my entire life as Leo is my uncle. Since I was a child, my uncle Leo has always been very involved in my life and was always around growing up. Of all my aunts and uncles, I have always been the closest with him. I have been working for him on and off for many years since I was a teenager, and have now been working for him full time for 4 years at our family jewelry store. Leo is so kind and generous with all of his employees and always treats everyone like family. When you ask anyone who works for him if they enjoy their job, they will always answer yes! He makes sure everyone is happy in their position and is always being taken care of. Every year during the holidays, Leo gives every single employee a gift certificate towards Thanksgiving groceries and a Christmas bonus, which always exceeds our expectations. Again, these gifts are not required, but he always shows his employees how much he appreciates all of us and for all the hard work we do. He provides a livelihood for his 40+ employees and all of our families that we would not have otherwise. He is not only this way with his employees, but he is this way with family members, business partners, customers, and friends as well. Ever since I was young, I can remember my uncle working very hard to provide the best life for himself and his 3 children, and continues to do so each day. I am so grateful to have Leo in my life, not only as my uncle and boss, but as my friend.

Taylor Jones

Frank A. Brown                                                                        March 23, 2020

4502 Santa Cruz Avenue

San Diego, CA 92107

(619) 224-4215

Re: Leo Hamel

To Judge Curiel


I am writing this letter without a request from Mr. Hamel or his Attorney Michael Pancer. I am aware that a sentencing date is fast approaching regarding his guilty plea to aiding and abetting in dealing fire arms without a license. My motivation for this support letter comes from my personal contact and friendship with him for nearly thirty years. It is my hope that these opinions will provide trustworthy insight into his good character.

As you know, Leo Hamel is a successful and hardworking businessman, he has contributed mightily to our social and political community. He has made many generous contributions to worthwhile causes and has always engaged in basic goodness and citizenship. These meaningful charitable contributions have been done from his heart and without any expectation of a benefit from his generosity. I submit however these acts of selflessness should be heavily weighted in determining the fair amount of justice to be imposed.

My wife Maggie and I have socialized with Leo and his wife Penny on many occasions and know their three children. His entire family is suffering as a result of this incident, along with prominent friends of the Hamel family. It is without question that Leo represents no threat of any continued criminal behavior. Therefore, as a former San Diego Policeman (4 years), Deputy District Attorney (17 years), and criminal Judge (23 years) it is my considered opinion that Leo suffer minimum consequences for his involvement in this case.

Of particular importance is the fact that Leo has recognized his error and early has accepted responsibility. He has communicated to me painful remorse

for his behavior, and has expressed his willingness to accept any consequences deemed appropriate by Your Honor.

In my view this case is unique in that, unlike many others, Mr. Hamel has already suffered depressing public humiliation, a significant financial impact and a tsunami of personal anguish as the result of these criminal proceedings.

Accordingly, and with the utmost of respect I would share my passionate belief that incarceration would not serve the public good.  My hope is that the court would impose probation and community service.

Thank you for your consideration of this letter and for your service to San Diego.

Yours Truly,

Frank A. Brown

Frank A. Brown

*Thomas S. Lazar*
*1915 Coronado View*
*Alpine, CA 91901*
*(619) 993-9594 (cell)*

October 9, 2022

Honorable Gonzalo P. Curiel
United States District Judge
221 West Broadway
San Diego, CA 92101

Re: <u>Leo Hamel</u>

Dear Judge Curiel,

I am writing to you today about my friend of over 40 years, Leo Hamel, who will soon be before you for sentencing in the criminal matter in which he has pled guilty to aiding an illegal firearms operation led by a San Diego County Sheriff's Deputy.

Briefly, in 1985, I began my employment with the Office of the Attorney General of the State of California, serving first as a graduate legal assistant, then as a Deputy Attorney General, and finally as a Supervising Deputy Attorney General. I retired from the Attorney General's Office in December of 2015, later returned to continue public service as a retired annuitant, and fully retired on May 23, 2019. During my over 30 years of public service in the Office, I personally handled and supervised cases in both federal and state court, as well as before numerous state administrative agencies.

In talking with Leo about this matter, I am confident that he takes personal responsibility for his own misconduct, fully appreciates the seriousness of his violations of law, and is absolutely committed to never, ever, committing such violations in the future. In my years of handling cases at the Attorney General's Office, it was my view that individuals, like Leo, who truly take personal responsibility for their own misconduct, as opposed to those who seek to blame others, have taken the most important step down the road to full rehabilitation and, for that reason, that this was one of the most significant factors in determining the ultimate resolution of the case.

As my friend and our family jeweler for over 40 years, I have complete trust and confidence in Leo's honesty and integrity. In sentencing Leo for his admitted violations, I respectfully ask your Honor to take into consideration and, should you see fit, to weigh heavily, Leo's full acceptance of personal responsibility for his own misconduct, and his true commitment to respecting and adhering to the rule of law in the future. I have every confidence that Leo will live up to that expectation.

Thank you for considering the foregoing. Please do not hesitate to contact me if I can provide any additional information that you may require.

Sincerely,

Thomas S. Lazar

TSL/



PAUL E. ROBINSON
E-Mail: probinson@hechtsolberg.com

January 29, 2020

Honorable Gonzalo P. Curiel, Judge
U. S. District Court for the
    Southern District of California
Edward J. Schwartz / United States Courthouse
221 West Broadway
San Diego, CA 92101

      **Re:**   **Leo Hamel**

Dear Judge Curiel:

      My name is Paul Robinson and I have been a friend of Leo Hamel's for close to forty years now. I have not only done business with Leo, but I consider him a very close friend. I have always had the highest regard for Leo, his honesty and his work ethic.

      Leo is a loving person not only to his family, but to his friends and the many customers of Leo Hamel Fine Jewelers. Of all that I know of Leo I am not hesitant to ask you for leniency when he stands before you to be sentenced for a crime of which he pled guilty.

      Thank you for your kind consideration of my request.

              Sincerely,

              Paul E. Robinson
              HECHT SOLBERG ROBINSON GOLDBERG & BAGLEY LLP

PER/dn

# FROM THE DESK OF

## BOYD F. LONG

### SAN DIEGO POLICE DEPARTMENT
### ASSISTANT CHIEF OF POLICE - RETIRED
### 13246 SAN PASQUAL ROAD ESCONDIDO CA 92025

October 10, 2022

Reference: Mr. Leo Hamel

Honorable Judge Gonzalo Curiel
United States District Court, Southern California:

I formally met Mr. Leo Hamel approximately 20-years ago while working as a law enforcement officer in the City of San Diego. I knew of him previously through his reputation as a local business person and owner Leo Hamel Jewelers. As I rose through the ranks at SDPD, I would have interactions with Mr. Hamel at functions such as fundraisers and other public events. As time progressed, I interacted with Mr. Hamel more frequently. During every interaction, I found Mr. Hamel to be the epitome of a professional and someone who worked hard to find positive outcomes. Mr. Hamel possessed the traits of someone who genuinely cared for other people, the community where he worked and as a responsible business owner in the City of San Diego.

In January 2013, following my 28-year career with the San Diego Police Department, with the last five years as the Assistant Chief of Police, I was hired as a Vice President by Valley View Casino & Hotel, a Tribal Casino, to oversee property security and risk claims. Having spent most of my adult life in public service, I had a lot to learn about the private sector. I often found myself reflecting on the interactions I had with Mr. Hamel, specifically related to how Mr. Hamel treated others, developed relationships and gave back to the community. Mr. Hamel clearly had a positive influence on my transition from the public to private sector.

Your Honor, I am aware or his upcoming sentencing and respectfully ask that you consider all he has done as a business person, community leader and philanthropically generous human being. Mr. Hamel has not only been a great donor, but has given a great deal of his time, effort and resources to the San Diego region. His commitment to giving has not been exclusive to any group or organization and his generosity to others is hard to match. Please do not hesitate to contact me by email at: boydlong@att.net , or by telephone at (760) 291-5540 if you have any additional questions.

I respectfully ask for you to consider this information.

Sincerely,

Boyd Long

**Larry S. Raschtschenia**
9210 Grossmont Blvd La Mesa,
CA 91941 619-572-3314
majr l2@aol.com

October 12, 2022

To The Honorable Gonzalo P. Curiel,

My name is Major Larry S. Raschtschenia, I am a retired United States Marine Corps Officer. I am writing this letter to attest to the character of Mr. Leo Hamel.

I have known Leo since 2012 and I have been in close contact with him since that date. Leo's daughter Alexis and my son Stefan started kindergarten together at Mt. Helix Academy in La Mesa California and attended that school to graduation. Now they are both students at Steele Canyon High School. Leo's two other children also attend these schools; hence I have had the opportunity to witness Leo first hand in the interaction with his children. Without exception I can state for the record Leo Hamel has demonstrated the behavior of a loving, caring, father. From what I have personally witnessed he is a man dedicated to his family.

Additionally, I have called on Leo to assist in several personal endeavors and in every case, Leo has demonstrated commitment and loyalty without peer. To include his mentorship of my son; soon to be Boy Scouts of America Eagle Scout. He is a man of deep integrity that has resounded since I met him 10 years ago.

In the course of my twenty year career as a United States Marine Corps Officer I had the opportunity to meet and interact with thousands of men, both friend and foe. I know men and what lay in their word and in their heart. It is without reservation that I state that Leo Hamel is a man of strong personal character and conviction to his family, his community and his nation. I stand behind Leo Hamel and offer my greatest and enthusiastic endorsement for his character.

Sincerely,

Larry Raschtschenia

# Danielle Mottale

7524 Via Capri
La Jolla CA 92037
619-227-0158

October 12, 2022

To the honorable Gonzalo P. Curiel,

My name is Danielle Mottale and I have known Leo Hamel for over 25 years.
Best man at our wedding, even after my husband and I separated, he remained a loyal friend to both of us.
Leo has always been someone I could unquestionably count and rely on, no matter what, a rarity in today's world.
In business as well as in his personal dealings, I have witnessed Leo always act professionally, doing the right thing, sometimes even at his own disadvantage. I have relied on his impartial and level headed advice more than on a few occasions over the years, and would still do so without hesitation knowing he would always be truthful honest and kind. He has never let me down.
He has been an exemplary father and husband, and as far as I can tell he has always put his family first. He is a devoted father to his 3 children.
I can only speak from personal experience but I would be hard pressed to find anything negative to say about him.
He has been a fair and honest business partner to my former husband, in both good and bad economic times, and managed to grow a reputable and ever growing jewelry business in San Diego.
In conclusion, in my personal opinion and experience I can unequivocally say that Leo is a warm, intelligent and honest man, one I am fortunate to call a close friend.

Sincerely,
Danielle Mottale

January 31, 2020

To the Honorable Judge Gonzalo P. Curiel,

My name is Abraham Dean. I have been a diamond wholesaler in San Diego for the past 14 years and before that I was an employee of Leo Hamel in his jewelry store in Old Town.  That being said, I have known Mr. Leo Hamel for a total of 16 years.

In the 16 years I have known Leo Hamel as both an employer and a client I've had the privilege of getting to know him both personally and professionally. During this time I've learned a lot about his character just by watching how he does business.

As a business man Leo Hamel has always been very generous toward the community. Whenever I've personally known of a charitable cause that needed a raffle prize or donation I've been able to send them Leo Hamel's way and they've always been taken care of.  Not every businessman is generous like this, but I know that Leo is different.

In my personal interactions with Leo Hamel I have always found him to be very genuine and compassionate. He has known me since I was in college, new to the industry, and recently married to my now EX wife. I've always felt comfortable talking to him knowing that he really did care for my well-being and I have always valued the advice he's given me.

The measure of a man is in the lives he's touched and I know that Leo Hamel's live has touched my life in a profound way. I truly believe that his heart is good and that he will do everything in his power in the future to make up for any mistakes that he's made in the past.

Sincerely,

Abraham Dean



www.sdbotox.com

1/9/20

Dear Judge Gonzalo P. Curiel,

I have known Leo Hamel for approximately a year. Our relationship started through a mutual friend and in the last 6 months I have become a subleaser of his. All business matters have been very smooth, Leo being cordial and accommodating all along the way. He's let us modify his building to his business' detriment, but to our business' success. I found this to be very selfless. You won't find that to be true in most subleasing situations. He has always been hospitable and quick to help while we set up our suite. As an employer, I've seen him treat his employees like family; always will warmth, respect and kindness. As a business owner he's a hard worker, as such, his success does not surprise me. He doesn't seem to miss a day at the store and keeps busy, not just in his office, but also walking the floor to foster his relationships with his customers and employees.

Outside of business dealings he's a very friendly, happy person; dropping in to see how things are going and sending business our way. He's very positive and we always welcome his visits. In the time that I've known him he's never showed me any other side to him other than being fair and pleasant.

Dr. Alex Roher M.D.

858.247.5317
1707 Grand Avenue . San Diego, CA 92109

To The Honorable Gonzalo P. Curiel;

My name is Amanda Muse and I worked for Leo Hamel from 2007 to 2018. I began working for Leo as a sales assistant while I was in college finishing my degree in Business Management at San Diego State University. Right around the same time I was graduating the position of Human Resources became available within the company. Although I had no experience, Leo and his CFO gave me the opportunity to take on the role on a probationary basis. I worked hard, studied new laws, attended webinars and online training to prove I could handle this position. Over a period of 5 years or so, with the help of Leo and his CFO, I was able to continue my online education in HR as well as accounting and was awarded with the position of Administrative Director. I worked alongside many other young adults who worked their way up the chain of command with Leo Hamel Fine Jewelers as well. I planned on making a life long career working for Leo, however, family issues arose (sickness as well as new family members) so it was time for me to make the hardest decision I have had to make as an adult; to leave Leo Hamel. This decision was very difficult because Leo created a working atmosphere of support, strength, growth, loyalty and fulfillment. After informing Leo that I would be leaving the company he didn't treat me any differently or terminate my position prematurely; he even helped me find temporary housing when my house in San Diego sold much quicker than I was anticipating.

I will forever be grateful for everything I learned from Leo, personally and professionally, because it has made me a better and stronger businessperson. It is not very often that you come across a businessman who truly stands behind his employees. He understands that the customer or supplier is not always right and therefore defends his employees against irrational and hostile customers. He understands that he may lose some of their business, but it is more important to have staff that are respected by the public and feel happy and safe in their work environment. In my position there were many times when people would second guess me or try to go around me directly to Leo because I am a young woman. He would always direct them back to me explaining that it is my job to handle whatever the situation was and would express his confidence in my abilities to get the job done. Because of his confidence in me, continued loyalty, and support I am now able to do something very few women can do. I am currently running a 7-million-dollar housing project where I have over 30 subcontractors who are all owned and operated by men. Working around Leo I learned from him to be confident, loyal, ethical, supportive and grateful.

During my time of employment with Leo Hamel I was able to get to know him as an individual, not just a boss. He is a very kind, generous, and caring man. He truly wants his employees, surrounding businesses and local economy to grow and often helped aid in that growth. He pays for employees to go to training to better themselves and donates and participates in many charities.  Two of the main charity events he was involved in almost every year of my employment were Multiple Sclerosis and the Boy Scouts. Every year he would donate time, money and merchandise to these charities as well as many many others. One year (or maybe two) he paid for employees to be driven into Mexico to make donations at Corazon De Vida, an orphanage for young children. On top of the larger charities he would also donate to small charities throughout the year.

INTERNAL MEDICINE ASSOCIATES MEDICAL GROUP OF SAN DIEGO, INC.
3260 THIRD AVENUE
SAN DIEGO, CA 92103-5697

PAUL F. SPECKART, M.D., M.A.C.P.
THERESA R. BOHUN, M.D.
BRIAN J. LENZKES, M.D.
RAYMOND G. PIGEON, M.D., F.A.C.P.
R. CINDY SHI, M.D.

TELEPHONE
(619) 297-3737
FACSIMILE
(619) 297-0443

1/6/20

To the Honorable Gonzalo P. Curiel,

I am writing this letter on behalf of Leo Hamel whom I have known for the past year.
We became acquainted through a mutual friend and I have spent time at his gym. I have
observed that Mr. Hamel is very gracious with his time and finances. He invests in others
and has a genuine interest in helping people to live happier and healthier lives. He also
continues to donate jewelry and his time to help charities throughout San Diego. He has
also allowed several of my patients with financial difficulties to use his gym at no charge
in order to help them regain their health. I have been very impressed by this kindness
over the past year.

Mr. Hamel is hard working but makes his children a priority in his life. He takes time to
teach them important life lessons and how to be better people. I have also seen his
positive interactions with his employees and customers. Mr. Hamel is a professional but
at the same time is very interactive and relational with those around him.

Mr. Hamel has made it clear that although he is not perfect, he really wants to be a
positive role model for those around him. He has relied on his work ethic and
interpersonal skills to build his company and really wants to help others experience
success in life. His recent challenges have driven him to be a better person.

It is my hope that the above observations will help you to determine the proper
sentencing for Mr. Hamel and I personally believe that he is making a positive impact on
our society.

Thank you for you consideration.

Respectfully,

Brian Lenzkes, MD

Carl DeMaio
18295 High Mesa Court
San Diego CA 92127

January 6, 2020

The Honorable Gonzalo P. Curiel
United States District Court – Southern District
San Diego, CA 92101

Dear Judge Curiel:

I am writing this letter on behalf of Leo Hamel. In my more than 15 years of public service I have never written one of these letters – and that is a testament to my admiration for Leo Hamel.

Nearly every San Diegan knows Leo Hamel from his years as a local business owner and his commercials on television. Leo's success in the jewelry business is built on trust and integrity – and his loyal customer base demonstrates that.

I have known Leo Hamel for more than a decade in both a professional and personal capacity. Leo has been an active member of our community and a strong supporter of a variety of charitable organizations – including the Boy Scouts, Girl Scouts, the Catholic Church, several local schools, and the Humane Society.

Leo Hamel has also been a steadfast supporter of law enforcement and public safety causes – supporting the San Diego Law Enforcement Foundation, the San Diego Police Foundation, and the 1199 Foundation – CHP.

Leo Hamel has also fought for the "little guy" against predatory public policies by providing support to Citizens Against Lawsuit Abuse and a variety of good government efforts I've been involved in.

I ask that you take Leo Hamel's years and years of service to our community into account as you weigh his sentence.

Sincerely,

Carl DeMaio
Former San Diego City Councilmember

# CARLSBAD VILLAGE
## DENTISTRY
**LOVE YOUR SMILE**

January 10th, 2020

- Porcelain Veneers, Cosmetic Bonding
- Conservative, Preventive Dentistry
- Natural Looking Mercury-free Restorations
- Adult Orthodontic Services
- **Invisalign™** Certified
- No Shot, No Drill "Air Abrasion" Technology
- Nitrous Oxide For Comfort
- Picasso Laser
- "CareCredit" No Interest Financing Available
- ZOOM Advanced Power in-office whitening!

To the Honorable Gonzalo P. Curiel:

I am writing this letter in regards to Leo Hamel in reference to his character and the person he is. My name is Dr. Christopher M. Dudzik and I have been the owner and dentist of Carlsbad Village Dentistry for the past five years. I met Mr. Hamel as a patient over 7 years ago when I was an associate dentist for Dr. Steven J. Byers. From the first moment meeting Mr. Hamel, I knew he was someone special due to the welcoming demeanor he embodies and the caring heart he has. Since starting my own practice Mr. Hamel has followed me to my current office which is over 1 hour from where he lives.

I have interacted with Leo Hamel at my office as well as in his jewelry store. I can say from every interaction I have ever had with him, he is a loyal friend who always looks for the best in others. Mr. Hamel has always respected my time and is very punctual for all his appointments and treats all my team members with the respect they deserve. After his last visit, I remember my dental assistant saying how polite Mr. Hamel was and how important he made her feel. She couldn't stop talking about how friendly he was and I think anyone who meets him for the first time would say the same thing. Mr. Hamel is always making those around him better people.

At his store in Mission Hills, he has always gone out of his way to welcome my wife and me and makes us feel at home. He has always treated us like family from the first time I met him and is someone that I am able to trust. He has guided us in our best interest, and not always in the best interest of his store, even if it meant not pushing certain items to just make money. He has always wanted to make sure we were happy and well taken care of at the end of the day.

One specific moment which I think speaks about who Mr. Hamel is as a person, was when he emailed me after a dental visit to give me a hard time about a recommended procedure. After Mr. Hamel spoke with his CFO at the office, he felt bad for giving me a hard time, which I didn't even think twice about. Going out of his way to make sure he did not offend me, he sent me a special coin that meant a lot to me. This incident shows how Leo always wants to make sure each and every person he interacts with is left feeling special.

I would like to give my highest recommendation for Mr. Leo Hamel and the hard working, loyal, caring man he embodies. Please feel free to reach out to me with any other questions you may have at chrisdudzikdmd@gmail.com or at (760) 434-3103.

Sincerely,

Christopher M. Dudzik, D.M.D.

Carlsbad Village Dentistry
2815 Jefferson St. Suite 300
Carlsbad, CA 92008
(760) 434-3103

2815 Jefferson St. Suite 300 • Carlsbad, CA 92008 • P 760.434.3103 • F 760.434.3108 • www.carlsbadvillagedentistry.com

Cynthia S. Jensen
13366 Winstanley Way
San Diego, California 92130

October 12, 2022

The Honorable Gonzalo P. Curiel
United States District Court
Southern District of California
333 West Broadway #420
San Diego, California 92101

Your Honor:

This is a letter of recommendation for Mr. Leo Hamel, a friend of mine, and of my family
for the past twelve years. My husband and I met Leo through a group of mutual friends
at a social gathering in 2010. We quickly realized that we shared several common
interests with Leo, as well as a history of military family background that forged a
foundation for friendship that has grown over the years. My family, like Leo's childhood
family, is a military family. We have served our country through active duty and civilian
military service for most of our lives. My husband was a career Naval officer who retired
and ran a Defense company for decades, and I have worked as a Navy civilian
acquisition professional for the past thirty-eight years at a Navy research laboratory,
Naval Information Warfare Center, Pacific. I have been fortunate to grow up in this city,
make a wonderful life here, surrounded by friends who are people I can count on for
support through good times and bad. Leo is one of those friends. We share important
values of loyalty and love of our country. We work hard to support our families. What
we most admire about Leo is his constancy of friendship, and the seemingly endless
group of people who truly love and admire him. We can count on him to challenge us to
be better versions of ourselves, whether by encouraging activism for a worthy cause, or
challenging us to devote more time for exercise and self-care, which can often take a
back seat to other priorities. Leo challenges his friends in the ways he challenges
himself, and we are all better for it. He has built a successful business that employs
approximately fifty people, many of them family members. He has the ability to sustain
relationships, work with people and gain their respect and loyalty. He shoulders the
responsibility of providing for his extended family and others, and works hard to keep his
business thriving, supporting his children and his extended family. Leo is a loving,
devoted, involved father who participates in all aspects of his children's lives, and puts
the needs of his children as a top priority.

Please know that we have supported Leo through this difficult time in his life and are
proud to call him a friend. My life is better because of our friendship, and I know many
others who feel the same way I do. Thank you for your time and consideration.

Very Truly Yours,

Cynthia S. Jensen

In 1971, I meet Leo Hamel at St. Augustine High school when we were both freshmen. He had a quiet confidence and grounding that came from his traditional Catholic family upbringing. Even at that age, Leo did things his way even if it made him less popular. He didn't hesitate to call someone out if he thought they were acting foolishly. Those personality attributes would be some of the reasons why Leo was able to start and build one of San Diego's largest and most successful fine jewelers.

Being his friend for close to 50 years, I feel I know him well. We both know each other's family well and were welcomed equally at both homes. As we got older and I moved from the area, I didn't see Leo as much. But we would get together as time would allow. We both had our own families. Those responsibilities always came first, as they should.

In his 20s and 30s, Leo spent most of his time building his business. He can be a very focused person when a goal has been defined. He has excellent discipline. Leo has that personality which inspires support and loyalty from friends and staff. He has many long-time employees that hold him in high esteem, as do many of his friends.

With his current legal situation concerning the buying and selling of firearms, I am reminded that Leo has always had an interest in handguns, rifles, and shot guns. Soon after meeting Leo, I mentioned that I had an old shot gun. For approximately the next 6 months, Leo would ask me if I would be willing to sell it. This story illustrates Leo's lifelong passion and enthusiasm for collecting firearms. There is no difference from the collector of fine timepieces, old coins, muscle cars, or writing instruments. For reasons known only to God, certain people like to collect certain things.

If I may say, being his friend possibly longer than anyone else, that while Leo has a very large circle of acquaintances, colleagues, and friends, there is that smaller group of 'closer friends' of whom Leo places a lot of trust. Through the years, his trusting nature in this smaller group has at times let him down. I think that is what happened in this situation. His collecting got the better of him, and the trust he placed with his friend resulted in a poor decision. This of course is on Leo. Knowing him as I do, he will take responsibility for this. He will accept the consequences. He will do what it takes to make up for any damage done. Going forward, he will learn from his mistake

In closing, Leo is a good father, a responsible business owner and employer, and finally, a loyal friend. His civic contributions have been numerous. I am certain that, should The Court grant him grace and leniency, he will return to a productive life, continuing to give back to the community he has called home for more than 6 decades, where his children live, and where his business continues to serve the greater San Diego area. Leo's not a bad man. He's just a man who made a bad choice. I ask that you sentence him accordingly.

Respectfully,

Dan Warren

Daniel M. McCarthy
4540 Westview Drive
La Mesa, CA 91941

February 12,2020

To the Honorable Gonzalo P. Curiel,

I'm writing this letter on behalf of Leo Hamel. I have known Leo for 35 years. In that time, he has been my friend, my employer, and my brother-in-law.  I cannot tell you how much he has taught me. In the jewelry business your word is your bond, and from day one Leo stressed to me to always adhere to that credo. Because of Leo's guidance I too have had a long career in the business.

In addition to the business lessons, Leo has been extremely generous to both friends and family, and to his employees. He genuinely wants to see all those around him do well. He is the type of guy that will help you with whatever problem you might have or whatever endeavor you wish to pursue. I'm sure there will be many letters attesting to Leo's character and ethics. And it's because of that, I have seen firsthand how this case has affected him. In conversations with him his concern was for those friends, family and employees around him. But for those that know him, all support him.

Finally, I must mention Leo's involvement with both military and law enforcement. From his father's Navy career to Leo's own service, he has always had a belief in honor and discipline. This is also apparent in his support of law enforcement, many of whom call him a friend. I hope that you not only take my letter into account, but the other letters you may receive in considering this case. To put it simply, Leo is a good guy.

Sincerely,

Daniel M. McCarthy



760-746-1400                                              2402 S. ESCONDIDO BLVD., ESCONDIDO, CA 92025 • FAX 760-746-7487

To: The Honorable Gonzalo P. Curiel                                          October 12, 2022

From: David M. Hansen

Re: Leo Hamel Character verification letter.

Your Honor,

My name is David M. Hansen, a longtime resident of La Jolla and the owner of Canterbury Gardens & Gifts Inc. for 35 years. The purpose of my letter is to give you Insight into a longtime friend, Leo Hamel.

We met in 1981 when we worked for the same jewelry company. We were both managers of small jewelry counters inside the Walker Scott Department Store. We were friendly competitors as we worked in our chosen field. Leo was very knowledgeable and was a good example of an ethical jewelry salesman. He had a very loyal customer base and was trusted by his co-workers as well as his customers.

He is active in his religion and was a generous parishioner. He invited me to charity events that he was a part of as well as attended charity events that I was a part of, giving freely to my charities. I am aware of his support for non-profits as well as law enforcement.

He is a leader in the community as well as a mentor to others in business. His business acumen is shared freely with his friends and others searching for the correct way to conduct business. He is a pioneer in San Diego advertising and is seen frequently with his family advertising his business on television. He is just as honest and customer satisfaction driven, as when we worked together in 1981. His businesses are trusted, well run, and loyal to customers and employees alike. Leo can be found running his business in his office, but available to anyone anytime.

He is a good friend that has kept up with my growing family and although there have been long periods where we haven't seen each other, we seem to start up where we left off. I have never seen him be underhanded, arrogant, capricious or uncaring at any time. He is the kind of friend you can trust for good advice or someone that will just listen when solutions seem impossible. Leo loves his family, business, community and country.

From what little I know about this case; I know that Leo Hamel is not interested in having his name in the newspapers talking about his personal dealings and therefore would never do anything nefarious. If he was too friendly with law enforcement, it was because he understands what these men and women go through and see every day. I too would trust that law enforcement would be doing the right thing, and if asked for help I would consider it my duty.

I don't write this letter without understanding my responsibility to the court. I take our laws very seriously, I don't suffer fools who regard our laws as gray areas or suggestions, that's why I write this letter without any hesitation.

Respectfully,

760-579-9998

David H. Schlereth, DVM
6511 Avenida Del Paraiso
Carlsbad, CA   92009

To whom it may concern:

I would like to provide my personal attestation as to the outstanding character of my good friend Leo Hamel.

I've known Leo for five years and have found him to be one of the most honest and trustworthy individuals I have ever known.    I know him to be a kind, gentle, and generous person and philanthropist.

I humbly ask that any judgement against him take into consideration

his philanthropic contributions to our community and society as a whole.

Leo is always welcome in my home. I would like to offer my assistance in any way possible to ensure his continued presence and peaceful contribution in the San Diego County community.

Sincerely,

David H. Schlereth, DVM

(858) 652-1224

Dawn and Dennis Moody
14870 Presilla Drive
Jamul, California 91935
djmoody@cox.net
619-916-6166

January 7, 2020

To The Honorable Gonzalo P. Curiel,

We are neighbors of Leo Hammel. We have been neighbors for about 15 years. We have spent many wonderful times with Leo and his family. Leo has always been a super kind and generous person to us, and to everyone we have seen him interact with. He always is very caring to our children, and is the type of person whom I'm so very thankful to have as a role model for my children. Leo always takes time to listen and offer his wisdom to all of us. When my children were fundraising, we could always count on Leo to support them generously.

In all the years we've known Leo, we have never had any bad experiences with him. We have witnessed him as always being a loyal, dedicated, and passionate father to his children. We have witnessed him as always being a loving, supportive, and respectful husband to his wife. We have seen what a hard worker he is, and how much time he has spent growing his business. In addition, Leo has volunteered many hours to be on the board of our neighborhood home owners association. While on the board, it was obvious to us that he cared tremendously for our community. He has been instrumental in making our neighborhood a wonderful place to live.

We are deeply saddened by Leo's involvement in this case; however, we strongly believe that Leo does not deserve a harsh punishment. He deserves a second chance and we would do anything to help him. We know Leo would do the same for us or for anyone in need. Leo is the type of person who offers help whenever opportunities to help arise. Leo is such an awesome friend, neighbor, role model, and blessing in our lives.

Sincerely,

Dawn J. Moody

Dennis W. Moody Jr.

January 7, 2020

To:     The Honorable Gonzalo P. Curiel
From:   Diana E Witt
Re:     Leo Hamel

My name is Diana and I want to give you some feedback on the character of Leo Hamel. I have known Leo since I was 16, I'm 48 now. But I've had the pleasure to know him in different capacities.

We started out as friends. I was introduced to him through a mutual friend. We would hang out and throughout the years do things socially together. As a friend I could trust him completely. I was younger and going through difficult times and he would always step in, unreserved, to help me. He never asked for anything back. He was just there when I needed him and a good, trustworthy friend. He helped house me, lend me money and protect me during a tough time.

Then I went to work for him when I was 26. I worked at his store for almost 9 years. I can tell you I learned so much from him. He really has an amazing work ethic and delivers a good service for his customers. Everything was done very open and honestly and he treated all his employees fairly and like they were family. He was there whenever anyone needed anything. He ran the store very efficiently and it was amazing to learn from him. I could go on and on with what I learned businesswise from him. Most of his employees have worked for him for years, which means a lot.

I left working for Leo to start my own business. I took all I learned and built upon it. I now own a successful Commercial Real Estate business and Leo is now a client. My company is the Property Manager and Lease Agent for Leo Hamel Fine Jewelers. I oversee the property the store is located in as well as handle the lease deals on other spaces. Leo is always fair and always does the right thing in business. He listens to what is needed and treats his tenants well. He is a great client to have.

Throughout the years I have known Leo to help so many others, like he helped me. He has helped past employees, friends, and girlfriends... He can help with simple things like taking you somewhere, big things like lending you money, wise things like advising you on a course of action, or just be a friend when you need him.

It is hard to tell or explain to someone Leo's character. He is a strong man with a strong mind, but he is a truly dedicated and loyal friend who helps so many. It is rare to say that you can trust someone completely and really respect their friendship. He is that to me. He's always been there for me. We don't talk to each other as often the last few years, but he is always in my heart. He helped shape who I am today and I'm forever grateful.

Sincerely,

Diana Witt
Property Management, Sales & Leasing
Witt Properties
4516 ½ 30th St. San Diego, CA 92116
CA Broker License #01755216
Cell: 619-246-4144



**Donn Bree,** Ph.D., G.R.I.
POB 188
Santa Ysabel, CA 92070
800-371-6669
Donn@Donn.com
www.Donn.com

The Honorable Gonzalo P. Curiel

Re: Leo Hamel

Wednesday, October 12, 2022

Your Honor,

The purpose of my letter is to offer my perspective on the situation involving Mr. Leo Hamel.

I have known the Hamel family for more than a decade. I met the family initially when they were looking to purchase recreational property in the San Diego backcountry. I have remained in regular contact with the Hamel family over the years, and have since represented Leo and Penny in the acquisition of their real estate holdings.

I first learned of Leo's legal situation through the media, which I felt portrayed Leo as a person very different from the dedicated family man and incredibly hard-working provider that I have come to know over the years.

I do understand the serious nature of Leo's situation, and realize the Court has a responsibility to the people of San Diego County to punish criminal acts. In my opinion, I find it unlikely that Leo will repeat any similar offense, or step outside the boundaries of the law in the future.

As you likely know, Leo Hamel is a well-known name in San Diego County. Leo has already paid, and will continue to pay for his past deeds through the damage done to his reputation from his involvement in this situation. If the aim is to prevent repeat criminal offenses, I believe this has been achieved.

What people may not realize is how hard-working Leo is. From a large family, and with limited education and opportunity, Leo is a self-made successful entrepreneur responsible for employing a significant number of people in his businesses. He is generous to those who serve others. Few people work harder than Leo Hamel. Many families rely on Leo for their livelihood.

I sincerely hope, and encourage the Court to direct Leo to stay focused on the many ways he serves the people of San Diego County through his efforts as an employer and a legitimate family man. Leo, without any doubt in my mind, will demonstrate to others how a man can rebuild his life and reputation after taking full responsibility for his misdeeds.

Respectfully,

Donn Bree

# E.D. MARSHALL JEWELERS
## GOLDSMITHS-GEMOLOGISTS-HOROLOGISTS

January 8th, 2020

To The Honorable Gonzalo P. Curiel,

I am Ed Marshall, owner and founder of E.D. Marshall Jewelers since 1971.

I have known Leo Hamel for 40 years.  We have done business together although competitor, I have found Leo Hamel to be a person of extremely high honesty and integrity.  Honest to a fault! I loaned Leo $100,000.00 one time and was paid back on time and with no excuses or delay, plus there was only Leo's word and no document or collateral for the loan.

My finding him a person of high ethics and business standards beyond question. I have the highest regard for Leo's honesty and integrity.

Sincerely,

Ed Marshall

10261 North Scottsdale Road • Scottsdale, Arizona 85253
Phone (480) 922-1968 • Fax (480) 922-7335

 **HOUSE OF DIAMONDS** 

**Diamond Cutters and Importers**

February 4, 2020

To the Honorable Judge Gonzalo P. Curiel,

My name is Elan Nachassi. I am the owner of House of Diamonds here in San Diego. I have been in business for nearly 30 years as a diamond and jewelry wholesaler. I have known and done business with Leo Hamel since almost the first day of my business.

During this time I have known him to be obnoxious and irritating, but I also know him to be fair and honest. In fact, even though we have different views on politics and different ways of doing things, I have always found him to be full of integrity and generous to a fault.

In all my years of doing business with Leo Hamel I've always extended a very high and open credit limit to him without concern or reservation because I know that with him, I have nothing to worry about.

When his recent problems arose some people chose to stop doing business with him, but I responded the opposite way and didn't hesitate to continue offering my full and open credit to him. Additionally, I know that he's the kind of guy who would do the same thing for me and be there for me if I needed him.

After following this case from this beginning, it is plain to see how a seemingly small decision can overshadow more than 30 years of charity and hard work in the community.

In closing, I am confident that this mistake does not and will not define Leo Hamel as an individual. He will continue to contribute his time and money to charitable and political causes he believes in. His heart and intentions are good. Of course he's not perfect. Nobody is, but I know he will move on from this, having learned a hard lesson. In fact, I'd venture to say that he has learned a huge lesson already.

Sincerely,

Elan Nachassi
Owner
House of Diamonds Inc.



**Estate Jewelry Buyers**

7 October 2022

To: The Honorable Gonzalo P. Curiel
From: Elise Arana

Dear Sir,

I have known Leo Hamel for around 38 years and would like to vouch for his character. I hold
Leo in the highest regard. I met Leo when I was around 10 years old; he was a friend of my
parents and later on my mother used to work for him. I got to know Leo better as I got older
but I have many fond memories of Leo from childhood as well. I found him different than
most adults in that he would listen and pay attention to things that I had to say. But this is how
he is, he treats everyone like they are important, no matter their status or social ranking. Over
the years, I got to know him better and see up close how he treated his employees and other
friends. One thing that has always impressed me is his charity, loyalty to others and kind
treatment of those in need. I truly believe that Leo would literally give someone the clothes
off his back if they needed it. I have observed him loan people money who really needed it,
whether to get back on their feet or for a· temporary loan. And he would do this rather
selflessly, without worry about what was in it for him in return. He would freely give his time
and money to help them sort things out. He is such a caring person. I have also seen him
forgive debts or obligations, even when he was clearly in the right and should have been paid
back for his time or money. He has helped members of his extended family to get sober or to
seek mental health treatment when needed. And he expects nothing in return. I can think of
many examples of his selflessness and concern for others. On a personal note, I know that if I
ever needed advice or assistance, I could go to Leo and he would come to my aid. I have also
observed him to be a very hard worker and fair employer. I remember when he first
started his business and how hard he worked to build it from absolutely nothing. Over the years
he has created a successful business, with many employees and families that he helps support
through this. I know many of his employees and they all have a very high opinion of him.
Please let me know if there is anything else you may need in your examination of his
character.

Elise Arana

Villa Encinitas Plaza•152 N. El Camino Real Ste B• Encinitas, CA 92024 • phone (760) 479-2300
www.bellerochejewelry.com • judy@bellerochejewelry.com • fax (760) 479-2323

 

January 6, 2020


To: Honorable Gonzalo P. Curiel


Re: Leo Hamel


It has come to my attention that my friend will be appearing before you and I wanted to share a couple words on his behalf. I know Leo through the San Diego County Republican Party. I believe I'm known throughout the county for challenging our party on ethics. I am also the one most frequently called upon by the Chairman to give the invocation at our bimonthly meetings which are attended by 500-600 persons.

That being said, **I vouch one hundred percent for Leo's character and ethic**. It is second to none when it comes to holding ourselves to an ethic that transcends party and politics. I do not say that lightly. There are very few I can count on to stand beside me. Leo is one of the very few. Would be grateful if you would keep this in mind as you review his case.

Sincerely,

Eric Andersen
Former Caucus Chair 71st Assembly District
(619) 460-2255
eric@ericandersen.net

James M. (Mike) Hart
31318 N. 1st PL, Phoenix, AZ 85085
(mob) 619-797-7443 | email: jmhart55 @gmail.com

The Honorable Gonzalo P. Curiel
United States District Judge of the
United States District Court for the Southern District of California

SUBJECT: Character Reference – Leo Hamel

Dear Judge Curiel:

I offer this letter to aid you in developing a clear and accurate assessment of the real Leo Hamel. The statements that follow are my unbiased, objective opinions and I have no contemplated current or future interest in Mr. Hamel's business or affairs. I've known Leo since 2001 and I believe I've gained an accurate insight that could prove useful to you. I offer the following information about me, about the nature of my association with Mr. Hamel, and a summarization of Mr. Hamel's qualities and attributes.

I am a degreed professional (B.S. Forest Management) licensed to practice land surveying in twelve states. I'm also a Certified Federal Surveyor (CFedS) and currently serve on the CFedS Advisory Panel to the Bureau of Land Management since 2008. I am a past president of the Arkansas Society of Professional Surveyors, a past board member of the Arkansas Board of Registration for Professional Engineers and Land Surveyors (appointed by Governor Jim Guy Tucker, successor to Bill Clinton), and a past president of the San Diego chapter of the International Right of Way Association.

I met Leo in the winter of 2001 and have communicated with him on a regular basis since that time – even after I moved to Phoenix. I know his wife, Penny, and the three children, Scarlett, Lexie, and Leo Jr., and have attended many fund-raising functions as well as social get-togethers hosted at both his place of business in Old Town San Diego as well as at his home. I've travelled to Ireland and to South Africa as Mr. Hamel's guest (as part of a group of his employees and friends). I have found Leo to be an extremely generous, honest, and honorable man.

Leo is an astute businessman having started his jewelry business from the trunk of his car about 40 years and over that time built it into one of the premier jewelry stores in San Diego; his energy seems to be endless. He has a staff of about 30 people, treats them fairly, pays his taxes, operates ethically, and supports the community. I've personally witnessed Leo's generosity in supporting the Boy Scouts and other community organizations such as the Honorary Deputy Sheriff's Association (HDSA). Leo has served on the Board of Directors of HDSA and has been a leader in fund raising for that worthy group. His family has even sponsored a small segment of the HDSA Museum in Old Town.

During the almost twenty years of knowing Leo, I've found him to be a valuable member of the San Diego community. He has generously supported community activities with seemingly no expectation of personal gain as a motive.

I'm proud to know Leo and value his no-strings-attached friendship.

Feel free to contact me if you would like more details.

Sincerely,

James M. (Mike) Hart

The Honorable Gonzalo P. Curiel

I would like to share with you about Mr Leo Hamel. My Name is Jennifer Kincaid I live in Montana. My parents grew up in San Diego and my late father's best friend was Leo Hamel. They met back in 1977 when they attended Commercial Refrigeration School. My parents moved from San Diego to Montana in 1987 as they wanted to raise kids away from the big city. I am currently 35 years of age and I have always considered Leo my Uncle. Leo has always been in my life as when we would go to San Diego to visit family we would also see Leo and his family. Leo would also visit us in Montana. He even stayed with us for a couple months in 1992 when he was learning to fly airplanes.

After I graduated High school in 2001 I moved to Spring Valley California where I lived with my Grandparents and attended Massage School obtaining my Holistic Health Practioner designation. During my attendance at massage school I worked for Leo at the Jewelry store. Over the years growing up my admiration for Leo just grew and grew as he is a successful business man whom is self-made. My own parents both being self-employed I have a great understanding of how hard they work to be successful. When I worked for Leo at the Jewelry store it was clear the model of the business was to do the right thing for the customer. He was also involved and gives back to the community. I lived in California 3 years then I made my way back to Montana.

In 2009 Leo and his family flew up to Montana as I had requested Leo walk me down the aisle at my wedding since my father (Jay Orme) passed in 2003 of cancer. This meant a great deal to me. Then when the marriage did not work out Leo flew my daughter and I down to San Diego in 2012 for a much needed vacation. We typically see each other's families every couple years. I remarried in 2018 and still happily reside in Montana. I have been an insurance agent for the past 9 years and my husband is the CFO at the local Ski Resort.

My point of this letter is that Leo has been a valuable role model in my life as well as many others and I feel I could call him at any time for valuable life or business advice.

Thank you for your time,

Jennifer Kincaid

Feb 10, 2020

Dear Honorable Gonzalo P. Curiel,

This is in regard to Leo Hamel and what I've known of him for the last 30 years. My name is Jesse Scheuer and my mother, Judy, spent some years working at Leo's store roughly somewhere in the late 80's and early 90's. That's where my earliest memories of Leo begin, which places me at about the age of six in 1988.

My mom had taken my younger brother and I to work. We were poor at the time and with adult eyes in hind sight, I surmise my mom had an arrangement with Leo to allow us to be at work with her. I wasted no time helping myself into Leo's office while he was gone and what stood out was this dark colored heavy Swiss cheese looking rock approximately the size of an adult fist on Leo's desk. What fascinated me was its strange appearance and unusual weight for its size. Leo enters his office to me sitting on his chair and studying this rock. He asks me what I find so interesting and I learn from him that it's a meteorite, which is a rock from outer space and beyond the sky. It's so heavy because it's made mostly of iron. All this information was blowing my little mind as one question leads to the next. Leo let's me scamper off with the rock to play and that's where the memory fades.

Since that day, Leo treated me in a way that would be consistent with an uncle. Around the age of 8-10, my mom would read these Greek Myths and novels from authors like Piers Anthony, which were filled with all sorts of fantastical creatures that ignited my imagination. Inspired by the stories, I would draw pictures of Cyclops, harpies, chimera, and many more in these detailed action sequences. Leo seemed impressed and bought some of my drawings. He commended my creativity and encouraged me to draw more and commissioned me to draw him a few more. That was one of the most salient impressions upon my young mind in fair exchange with others and money.

As I grew older and started hitting milestones like college and starting a career, Leo turned me onto several books like Al Gore's, "Assault On Reason" and authors like Dale Carnegie and Earl Nightingale. He encouraged me to think for myself, self cultivate, and listen for the truth. Most importantly, he emphasized the value of people and creating value in the lives of others.

These are, by my assessment, the key elements that have led to Leo's successes in business. This part of his character is to a fault though because he trusts others with too much of the details. That kind of trust and exchange generally works out in my experiences about 19 times in 20. To illustrate this point, Leo had a partner named Gary in the jewelry business. Gary at one point attempted to take full control of all the whole business and in the fall out of arbitration got one of the stores. I've heard bits of both sides from the parties involved and although Gary had some points and justifications, it ultimately wasn't right to try and pull the rug out from under a partner like that. This would not have been an issue if Leo had a little more sense to verify some of the details.

I've heard it said that the student often adopts the good and bad habits of the mentor. Part of listening for the truth for me has meant sorting though both and deciding what works for oneself in the balance. Leo has his warts, as we all do, and in terms of my experiences with him, he has been a positive force for me and many others.

Thank you,

Jesse Scheuer

Jesse Scheuer

01/12/2020

Joanna Baez
53 West Correll Road Heber, CA 92249

December 9, 2019 Re: Leo Hamel

To: The Honorable Judge Gonzalo P. Curiel

I have known Leo Hamel as a very good and close friend since March of 2019. I was troubled and surprised to hear about his recent case as he is a solid person. It is for this reason I am happy to write a letter of reference for Mr. Hamel regarding this matter. I understand the seriousness of this matter however, hope the court will show some leniency.

In the period of time that I have known Mr. Hamel he has been an upright character in the community. In our friendship he has really been there for me, making a point to be there and show a significant amount of support during my difficult times. Mr. Hamel was a source of camaraderie for both me and my family. He has truly been a good friend.

In addition to our friendship, he is a usually upstanding member in the neighborhood, and an excellent father. I have only witnessed empathetic and kind behaviors from Mr. Hamel. It is not a surprise that Mr. Hamel has accepted responsibility for his actions and I believe that as we move forward he will emerge as a better person. In, short, Leo Hamel has expressed deep sense of remorse in making such a serious mistake.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Leo Hamel to be an honorable and valuable individual, member of the community and a good human being.

Sincerely,

Joanna Baez
LMFT , IDAC, MD

To: Honorable Gonzalo P Curiel

12 Oct. 2022

Dear Honorable Gonzalo P Curiel,

I am writing to you in reference to your upcoming sentencing review of Leo Hamel. My wife, my family and I have known Leo for 35 years and have found him to be a good and honorable man in all our dealing with him and his family. I do not know all the data or particulars of this case but understand that Leo has taken responsibility for his actions that led to this deliberation and I commend him for that.

My early contact with Leo was heightened by Leo's contributions to our church which at time was of an amount that was of a considerable amount in the hundreds of thousands of dollars. Even more remarkable was I knew Leo did not live the extravagant lifestyle usually attended with donation of that amount. I knew that Leo was of the same background/ circumstance (large Catholic family) as myself and we came from no wealthy silver spoon. I have always admired Leo for his work habits and gregariousness and count him as a good and faithful friend to my family and others and wish him and yourself Godspeed in your deliberations and Leo in the future.

Respectfully,

*John Scheuer*

John Scheuer

The Honorable  Gonzalo P. Curiel

Letter dated March 02, 2020

I was first introduced to Leo Hamel in 1975 or 1976 by my boyfriend Jay while they were attending Heating and Refrigeration School. Leo attended Jay's and my wedding in 1977. Then Jay and I moved out of San Diego and Leo came to visit us in Oregon and Montana. In 1992 Leo lived with us many months while attending air plane pilot school. Jay considered Leo his best friend, they always made some time for each other. When our daughter finished high school at age 17 she stayed with my parents in San Diego, while going to collage. Leo gave her a job working at hs Jewlery store, teaching her more fantastic work ethics. To this day she has been asked multiple times by employers to quit her current job and come work for them.      Yet in 2003 my Jay husband of 25 years died of cancer in San Diego at my parents home. Jay's best friend Leo encouraged him for that last 6 months of Jay's life. Leo brought some comfort to me especially when visiting Jay's bedside reminiscing of the past and assuring him of how well our daughter was working in the store and encouraging Jay to live. After Jay's death I moved back to Montana, yet my daughter continued to work for Leo a couble of years attend collage also. Leo has taken some father figure role on at that time, and my daughter asked Leo to walk her down her wedding isle. It has been 16 years science Jay's death and we are still close friends.  Leo has been to my parents 50th and 60th wedding anniversary parties and picked them up from the airport in their time of need. Over the past 45 years my trust of what a decent man Leo Hamel is has not wavered. I trust and trusted Leo with my husband , my parents, my duaghter and my granddaughter. Leo is an upstanding man in my and my family's life. Thank you. Julie Eslick

Julie Eslick



*Center for Mindful Relationships*

2333 First Avenue, Suite 203
San Diego, CA 92101
(619) 300-2124

January 6, 2020

Laura Carr
Clinical Director
Center for Mindful Relationships
2333 First Avenue, Suite 203
San Diego, CA 92101

To the Honorable Gonzalo P. Curiel:

My name is Laura Carr and I am a licensed Marriage & Family Therapist (LMFT 38400). I am writing this letter on behalf of Mr. Leo Hamel. Mr. Hamel began counseling with me in June of 2018 and attended sessions weekly for a year and continues sessions on an as needed basis. Mr. Hamel has been a pleasure to work with. In his sessions he has shown vulnerability and consistently demonstrates great care about his relationships and his desire to learn and grow as a friend, parent, co-parent, business owner and citizen.

Mr. Hamel has a good sense of humor and demonstrates sincerity in his efforts to understand himself in his relationships. He asks for direct feedback and in my experience, has taken the feedback to heart to make necessary changes in his life. He has used his sessions to explore each of the above roles to identify any blocks that he has. If he doesn't see the blocks in the way that I have pointed out, he continues to be open and seek out feedback. He shows honesty and vulnerability by revealing his struggles and challenges. In my experience, Mr. Hamel sincerely wants to do good in the world; he wants people to succeed and he takes the work seriously. This has been evident in how he shows up to his sessions and the content of what he chooses to explore. Mr. Hamel has brought this heartfelt desire consistently over the year and a half he has been in counseling.

Sincerely,

Laura Carr, LMFT
Clinical Director
Licensed Marriage & Family Therapist

*"As I believe, so I behave; As I behave, so I become; As I become, so becomes my world." ~ Unknown*

# Presley & Co.

October 8, 2022

Dear Honorable Gonzalo P. Curiel,

I am writing to you regarding Leo Hamel. I understand you are the governing judge in his sentencing, and I would like to share a few words about the man that I know.

Leo has true integrity. He is a man of his word. He speaks the truth and does not waiver to fit any narrative.

I met Leo in early 1999 when I went to work for him as a salesperson. I worked for Leo Hamel Fine Jewelers from 1999-2008. In that time Leo was not only a boss, but he became a valued and trusted friend. He was always willing to help me learn about the business and gave me the knowledge and tools that have carried me into the business I have now. There was a time when I worked at Leo Hamel that I was struggling emotionally and financially due to a divorce, and Leo helped me through it. He encouraged me, motivated me and gave me solid advice to help me get through the bad time. He always made sure my young daughter was ok. He was understanding when I had to bring her to work and would always make her feel special. One of the things that has always stuck with me is how humble and charitable he was. He was always helping or donating wherever there was a need. Whether it was an employee, an organization or a disaster that needed assistance, Leo would be the first to offer help. To this day I still see him at charitable functions like the Girl and Boy Scouts, where his generosity is inspiring.

I have had the pleasure of watching Leo become and amazing father as well. The love and devotion to his kids is beyond reproach. His kids are sweet, well-adjusted and well mannered. Leo never misses any of their performances or activities. He puts his kids before anything else.

When I left Leo Hamel in 2008 to work for anther jeweler, I spoke to Leo about my decision to leave. He was not thrilled about it, but he did not hold a grudge. I thought I was advancing my career, and he did not begrudge me that. He wanted what was best for me and my daughter. We maintained our friendship, and in retrospect I should have listened to Leo at that time. He gave me sound advice that I didn't follow. For years I kicked myself for leaving Leo Hamel fine Jewelers. In this industry finding a respectful and ethical businessperson like Leo is very rare.

Which brings me to where I am now. Five years ago, I wanted to follow my dream to open my own neighborhood jewelry store in North Park. Prior to going for it, I went to Leo. I wanted not only his blessing but his support. I was worried because I didn't know how he would feel about another jewelry store going in San Diego. Leo didn't hesitate. He gave me his blessing, support and the encouragement to go for it. I didn't have much money to start and needed merchandise, Leo instructed his staff to fill my cases with their extra inventory to get me going. He still gives me estate pieces for me to sell in my store. In return I refer anyone that I can't help with their jewelry or watch needs to Leo Hamel. I know the way he runs the store, so I am confident that the people I send there will be properly taken care of.

Leo has helped me make my dreams come true. He is a better brother to me than my own two brothers. He has mentored me and taught me things about business and life that are invaluable.

I hope that when you read this, you will see Leo for the man he is, and not for one mistake he made. The community needs more Leo Hamel's. I am proud to call Leo my friend.

Respectfully yours,

Liz Saba

Owner Presley & Co Fine Jewelers

3392 30th St. San Diego, CA  92104

619-255-1149

Oct 8, 2022

Judge Curiel,

I met Leo Hamel in the spring of 2014. I sought him out because I was starting a political organization focusing on Constitutional Issues. Leo is a well-respected name in the community who is passionate about the Constitution. I had no experience in running an organization or a business, so I sought advice from Leo on many decisions.

I found out quickly that Leo is a highly ethical man who is concerned with making sure that our organization stayed on the correct side of the law in action and appearance. He questions many decisions to make sure we had consulted with professional experts. He insists that our actions align with the letter and the spirit of the law. He takes his role as a supporter and a friend seriously, and I am proud that he has been both to me.

I recently discovered that Leo has multiple employees who have worked for him for decades {including family members). As unique as it is for a business to have such loyal, long-term employees, it is not surprising. Leo helps and cares about people. He is someone I admire and respect for his professional success, his personal relationships, and for being a great father to his kids.

Leo is a credit to everything he is involved. San Diego, the employees he has, his friends, and his family are better for having Leo in our life.

Thank you,

Michael A. Schwartz

202 Brookview Ct., Santee, CA 92071

sdcgoschwartz@gmail.com

858.335.9320

TO: THE HONORABLE
GONZALO P. CURIEL

FROM: NAM VAN DO

DEAR SIR,

I, NAM VAN DO, I HAVE BEEN WORKING
WITH MR. DO HAMEL FOR ALMOST 40 YEARS
HE IS VERY GOOD PERSON, GOOD FRIEND,
ALWAYS CARING, GIVING, HONEST, TRUSTWORTHY
I WOULD DO ANYTHING FOR DO, I
ALWAYS HAVE FAITH IN HIM

SINCERELY
NAM VAN DO

Peter E. Shenas
1054 Encino Row
Coronado, CA 92118

January 9, 2019

The Honorable Gonzalo P. Curiel
United States District Court for the Southern District of California
(Delivered to Mr. Leo Hamel by email)

Dear Judge Curiel:

My name is Peter E. Shenas. My family and I lived in Rancho Jamul Estates from 1998
to 2018. I own an investment management firm in downtown San Diego. My wife and I
became friends with Leo and Penny Hamel over these years as they were close
neighbors. I've known Leo for about 10 years.

My eldest daughter babysitted the Hamel children and our families became good
friends. My wife became close friends with Leo's wife at the time, Penny. My daughter is
very fond of the entire Hamel family having spent so much time with them.

In all my years as friends with Leo I have considered him to be a very warm, friendly
and approachable person. My wife and I always enjoyed our time at events the Hamel's
would hold at their home in Jamul. They were very gracious hosts.

Leo was kind and generous in his contact with my daughter as a babysitter. He would
always treat my daughter with respect and appreciation. My daughter also worked
part-time at one of the Leo Hamel jewelry stores. She enjoyed her time and was treated
very well by Leo and staff.

I don't know Leo from a business perspective but I've only heard good things from
people who have had business with his stores.

I believe Leo Hamel to be a man of solid character. I was very surprised to hear of the
situation with his gun dealings.

Sincerely,

Peter E. Shenas

Richard Bailey
1523 First St
Coronado CA, 92118

October 22, 2019

RE: Leo Hamel

To Whom It May Concern:

I have known Leo Hamel in a variety of capacities for the past eight years including as a fellow member of a pro-business organization, a businessman and a good personal friend.

Beginning in 2011, I joined an organization dedicated to the betterment of the local economy by educating policymakers and influencers throughout San Diego. Leo was always willing to take a respectful and civil stand on otherwise contentious issues. He was thoughtful and managed to unite diverse groups of people for the common good.

In 2012 I was elected to our local city council and in 2016 was elected as the 51st Mayor of Coronado. While serving on the city council, I have dealt with many local business issues and worked with many local businessmen. Leo is known in the San Diego business community as someone who cares, is willing to work with others, and most importantly, is honest. Although San Diego is a big city, it has a small town feel and you cannot be successful unless you truly care about your customers and the community. These are qualities I have experienced firsthand working with Leo on a variety of issues. I respect Leo's opinion and can always count on him to provide a fair and honest assessment.

Lastly, I have known Leo as a friend since 2014. He is the kind of guy every community needs -remembers your name after the first time meeting him, makes you feel welcomed when he sees you around town, and shows up when you need a ride to the airport. I am fortunate to call him a friend.

If you have any questions or if I can be of any assistance please do not hesitate to contact me.

Sincerely,

Richard Bailey
Mayor, City of Coronado

The Honorable Gonzalo P. Curiel                                    Jan 13, 2020
Robin Clarke

Dear Sir,

I have known Leo Hamel for over 30 years. We met at our church and became
friends. During the following years, I witnessed Leo as a business person and as a
contributing member of our San Diego community.

Over many years, Leo volunteered his time, money, and effort in many projects in
San Diego and internationally. He is a kind person, and helps others when at all
possible. His philanthropic endeavors with his church were substantial over
decades. When I was the director of our church, he helped me out many times
with fund-raising, and other projects.

While briefly working for him in his jewelry business, Leo educated us in  the legal
compliance protocols in the jewelry business, and care was taken to ensure the
business was up front and transparent. He is an incredibly hard-working
individual, and great mentor.

We have had our ups and downs over the years, as friends will. I don't always
agree with him, in many areas. But I never for a moment doubted that Leo would
come to my aid if needed, or enthusiastically champion a cause I was passionate
about. He has been a true friend; he has the ability to rise above the differences
in opinion, and still remain loyal to his friends.

Also, for what it's worth, he is a diligent father. He loves and respects his children
and has provided for them in abundance.

Leo is a stellar individual, in my opinion. That is all.

Respectfully,

Robin Clarke

October 10, 2022

To the Honorable Gonzalo P. Curiel

Leo and I first met in 1980. At that time, I owned a jewelry manufacturing and repair company as well as a jewelry appraisal service. Leo was starting his retail business about then and came to us to provide repair and custom design services. We worked together in that relationship over the next decade. During that time Leo was always an honest and dependable client, friendly and timely in paying his bills.

In 1990 I transitioned my company to focus only on appraisal services and shortly thereafter Leo invited me to sublease space inside his retail store for my office. Since 1991 and until I retired on April 1, 2022, I ran my business, San Diego Gemological Laboratory, under the same roof as Leo Hamel Company. The two companies have a symbiotic relationship that rarely occurs in business and is personally fostered by Leo.

Consequently, over the decades I have gotten to know Leo and his family. Over the years I saw the three children around the store. Leo's affection for his children and his clear dedication to providing them with a happy childhood and optimum education opportunity is evident. His investment in the community through charity events is obvious. And finally, Leo's persistent dedication to his employees both personally (I often saw Leo out on the show floor socializing with sales and support personnel), and through his business practices provides them a stable work environment with opportunity, income security and benefits.

It simply isn't possible to characterize a person in a short letter such as this. Leo has admitted to his error. I urge you to consider his character and to be lenient in your sentencing. If I can provide any further testament regarding Leo and his good character, please don't hesitate to contact me.

Regards - Thom Underwood GG,
FGA, ASA, CSM Master
Gemologist Appraiser

1679 Seminole Rd. #1, Atlantic Beach, FL 32233 - 619-804-6102 - thom.underwood@gmail.com



October 07, 2022

To the Honorable Gonzalo P. Curiel:

My name is Lannie Loveday and I am Leo's Executive Assistant. I have worked for Mr. Hamel for a total of 15 years. I started working at Leo's in my early 20's as the receptionist. I since then have become his left hand, if you may. I want you to know that I would not be working for him this long if I truly didn't feel he was a good, honest man. Yes, I said man, because despite being a down to earth boss, he is also a good person and friend. He takes it upon himself to make sure he gets to know every single of his employees by taking them to lunch at least once. If there are any concerns, he wants you to know that you can go to him, if you don't feel like your concerns have been met with your direct supervisor. He has also opened his own home for company events, i.e.: summer and Christmas parties.

On a personal level, I have babysat his kids and watched them grow into great human beings. They reflect on the parenting I have personally seen Leo implement. The whole Hamel family are truly kind people. I stand behind Leo on the road to his redemption.

Sincerely,

Lannie Loveday

October 7, 2022

The Honorable Gonzalo P. Curiel
Edward J. Schwartz United States Courthouse
221 West Broadway
San Diego, CA 92101

Dear Judge Curiel,

My name is Kayla Harrington and I have had the pleasure of knowing Leo Hamel for twelve years. I am currently an employee at his company, Leo Hamel Fine Jewelers; this is how I have gotten to know Leo. My role as Leo's employee is a Jewelry Buyer.

I know that Leo has always been a collector of antique firearms, and it has been a hobby of his for many years. I am also aware that Leo has plead guilty to a crime involving weapons. I was surprised and concerned to hear about his recent legal troubles-- mainly because I have always known Leo to be an honest man, a logical and smart man, and someone that always plays by the rules. From day one of my employment, I saw Leo as someone that was a "by- the- books" kind of person.

Leo has always shown a strong desire for self- improvement and I have confidence that he will reflect on this situation with the intention of avoiding making poor choices in the future. As an upstanding member of the community, Leo's offense was unexpected, to say the least, but the fact that he stood before the court and admitted to his part in the crime shows that his morals and his character do not allow him to intentionally act in a dishonest manner. I still feel that Leo is a respectable citizen, an honest businessman, a good and decent father to his three children, and an honorable individual. I understand the seriousness of the matter; however, I am asking the court to have mercy on him and show leniency when handing down his sentence. It is my hope that the court will consider this letter when deciding his penalty. Leo Hamel is a good man who made a mistake and I know that he has learned a valuable lesson from it.

Sincerely,

Kayla Harrington

Kayla Harrington

February 14, 2020

Dear The Honorable Gonzalo P. Curiel,

My name is Lap V Thai and I have been an employee under Leo Hamel for about 20 years. I have experienced multiple managers before I met Leo Hamel in 2000 when I was employed by him. None of them were as fair and kind as him. I knew immediately that he was the type of man I wanted to work for until the day I decided to retire. His presence is very professional and he is a smart businessman. If I did not like Mr Hamel as a boss, I would not still be employed at Leo Hamel Jewelers. During my 20 years of knowing him, he has been nice and charismatic towards his coworkers and his family. As a person, he has a kind and friendly soul, his sense of morality is high and his heart has been and will always be in the right place. He creates a positive, safe, and healthy work environment for his employees. It feels as though we are all part of a family rather than just being a workspace. Leo Hamel has never been rude or disrespectful towards any employees. He never abuses his privileges as a boss and treats everyone as an equal. I'm glad and grateful that I know Leo Hamel as my employer.

Sincerely,

Lap V Thai

2/7/2020

To: The Honorable Gonzalo P. Curiel

Thank you for taking the time to read this. I have known Mr. Leo Hamel for over 7 years as an acquaintance and employer. I first met Leo when my wife started working for Leo Hamel Fine Jewelers and was surprised that he took the time to shake my hand and introduce himself. Anytime that there were company events that Leo attended he made sure to greet me and my children every time we came in contact. With all the people that he meets in his day to day life I am blown away by how well he can remember someone's name and to be consistently be personable. Once I became an employee he was quick to welcome me and make me feel part of the "team".

Over the years I have had the opportunity to work closely with him and learn of his strong work ethic. He has always been honest with me and has never made me feel like I was not appreciated for the work I was doing. Leo has motivated me to work harder and to create large dreams for myself and my family. Every day I see him working hard and that inspires me to work just as hard. Because I have had the opportunity to work with him closely I have seen that he wakes up early in the morning and stays up late at night.

As one of his employees I have also experienced his generosity. Every year he gives his employees gift certificates to buy a Thanksgiving dinner for their family. When we have company events the company will buy prizes and if anyone doesn't win something he will give those employees a silver coin or something from his own pocket. I personally work in the shipping department and see that Leo donates to lots of charities. A few that come to mind are the Boys and Girls Scouts of America and to the many school fundraisers that the company employees bring in for our kid's school programs.

I truly appreciate Leo for his work ethic, generosity and honesty. Thanks again for your time.

Robert Zacharias

# LEO HAMEL
## F I N E   J E W E L E R S
## &   J E W E L R Y   B U Y E R S

Honorable Gonzalo P. Curiel,

October 06, 2022

My name is Erica Zacharias and I have known Leo Hamel for 8 years. I know Leo Hamel as my employer at Leo Hamel Fine Jewelers and as a friend. When it comes to being a boss, Leo has always been very fair and always easy to talk to. Leo is always at work during the days our business is open, he makes it a point to come say hi to us individually and check in on us. As an employer this says a lot about how much he cares about each one of us, and how much he values us as workers for his company. Leo is always very through in his work; he is very honest and open about how he practices business. Leo also makes sure to make his presence known, he comes out and talks to customers on a daily basis. Not only is he the face of our business but he has the passion and drive to keep us successful. Outside of work, I know Leo as a kind, funny, bright and easy-going person. Leo is the most amazing father and family man, when he is with his kids you can see them light up and the love they have for each other. Leo is often the one at the party or family gatherings cracking jokes, or making you second guess something you were sure was right. Leo always make sure to say hi to everyone be it a family function, a party or a company event. Leo has made it a point to give back to the community by donating time and money to many charitable organizations such as the Multiple Sclerosis society and the Boys Scouts of America. In my opinion Leo is as a hard-working father, an honest individual, and great friend to have. I consider myself lucky to not only have him as an employer but a friend.

*G Zacharias*

Thank you for your time,

Erica Zacharias

1851 San Diego Ave., San Diego, CA 92110 • Tel: 619.299.1500 • Fax: 619.299.1595
**www.leohamel.com**

# SAN DIEGO
# GEMOLOGICAL LABORATORY

To The Honorable Gonzalo P. Curiel

Please accept this letter as a formal letter of character reference in support of Leo Hamel. My name is Elliot Grunwald and I came to know Leo Hamel well as an employee of his company for 3 years. Leo has always displayed a strong interest in his employees and community. He displays a lot of passion and fun. During the time that I have known Leo, it has become apparent to me that he is an example of a hard working person who is committed to success, as well as to growing in his professional life while also helping others do the same. His service with charities that I attend with other members of the company shows his passion and drive to help others in all aspect of life in any way he can help.

When I first moved down to San Diego for school I had no friends or family and I met him at the GIA career fair. Their sense of family owned/close knit working life really drew me in. The GIA career counselor highly recommended the company because they knew that Leo has an amazing place to work and a great team that anyone would be lucky to be a part of. Within the first few months Leo took me to lunch (which he does each month with a different employee) and I could tell he had a genuine interest in me. We talked about goals and his starting in our industry. He motivated me and I know that with a high standard of ethics and hard work I too can be successful. Leo is always in the showroom shaking hands and meeting new people. Leo is a great leader and pushes others to strive for the same level of excellence. He is a self-made success and I strive to have the same type of drive that he has. In our industry having a high standard of ethics is a necessity and falls in line with that his own. I am proud to be a member of Leos team and I look up to Leo as a role model. He is a shining example of what a true hardworking member of society should be. Leo provided a home and family for me to grow as a person and I will always be grateful and happy in the decision I made to come be a part of this team. I have a great deal of respect for Leo and am proud to be able to provide this letter of character reference for him.

Elliot Grunwald, GIA G.G.

10/7/22

10/07/2022

February 12, 2020

The Honorable Gonzolo P. Curiel,

My name is Bianca Bullock and I am an employee of Leo Hamel's although I consider him to be family more than anything. I have worked for Leo for over 20 years, Leo gave me my very first job addressing Christmas cards after school when I was 17. It was my first job and I am so lucky to have had working for Leo as my first experience in the work force. I quickly was promoted to sales assistant and worked full time during the summer before college. When I began attending college he was so flexible with my schedule because he knew how important both working and college were to me. In the interim I have come and gone a few times and he has always had a place for me at his store whenever I needed one. Fast forward 20 years and now I am one 4 sales people with ten years under my belt in this position. Leo and this job have made all my dreams come true. I have been able to purchase a beautiful house for my family and we live a very comfortable lifestyle where we never have to worry about money. I plan to work for Leo until the day I retire because he has been here for me and I will continue to be here for him. Leo has always been a man of high moral character in my opinion and he has always run his business based on being ethical and just. I appreciate working for him and a company that does the right thing not only by their customer but also by their employees. I am proud to work for and know Leo!

Thank you,

Bianca Bullock

October 7, 2022

To the Honorable Gonzalo P. Curiel

My name is Cheryl O'Donnell and I have been employed with Leo Hamel Fine Jewelers for 5 years now. I was attracted to the company because it was family owned, and because of the longevity of its employees. A company who retains a large portion of their employees for more than 5 years must respect and take care of their employees. My experience with the company has been no different. Mr. Hamel makes an effort to get to know each of his employees. He takes time out of his schedule to treat all new employees to lunch to get to know them on a more personal level. He makes it a point to go around to the departments and say "hi", or "how is your day going" on a regular basis. Employees are paid well and are offered many benefits. He is a family man which is evident by the inclusion of his children in all company functions. Employees are like an extended family and look to him for advice. His door is always open and he takes the time to listen to what the employee's concerns are. He is generous, which is reflected in the annual donations to several charities that the company supports.

Thank You,

Cheryl O'Donnell

The Honorable Judge Gonzalo P. Curiel,

Please allow me to introduce myself. My name is John Spragg, and I would appreciate a few minutes of your time to let you know about Leo Hamel. I have known Leo since 2007. He is my employer and friend. I have always found him to be a caring person and an astute businessman. I have seen how much he cares about his family, friends, business associates, and customers. When I started working for Leo, he had one child who was only a toddler, throughout the years he added two more children to his family. I remember after Leo had all three children, he told me how he never thought about having children before the first one came along, and that after having three that he could not imagine his world without them. He is a doting father and his children mean the world to him. I have seen Leo donate generously to many charities, Boy Scouts and Girl Scouts, Multiple Sclerosis Society, and my nieces' school to name a few. Leo has always had time for me and he listens to and respects his employee's opinions. Leo believes in diversity as evidenced by his employees: female, male, white, black, Latinx, Asian, gay, and straight. I have also noticed that he has a soft spot for underdogs or people who may be down on their luck. I have also witnessed his loyalty to his family and friends as he has hired them also. Leo is always available to chat with customers and relishes engaging in conversations on many subjects. Leo has a strong work ethic which guides the company. He leads his employees by example. He is always around at the store and he is not afraid to pitch in whenever and wherever he is needed.

Thank you for taking the time to consider my letter.

Best Regards,

John Spragg

February 22, 2020

The Honorable Judge Gonzalo P. Curiel,

My name is Kelsey LaMunyan and Leo hired me in 2008. Over the years of working at his store I have had the opportunity to get to know him not only as my boss but also my friend. I have seen firsthand how much he truly cares about his friends, employees, customers and above all his family. It is easy to see how much his children mean to him, he is loving doting father, and makes sure his kids are number one. He is a wonderful employer, always encouraging, respectful of opinions and has always made time for me, but above all he is willing to share his decades of experience to make me a better employee and person. This is something I admire most about Leo. His work ethic is impeccable, always being available for his employees and customers, friends and family. I have been to many charity events that Leo has donated to including Multiple Sclerosis Society, Girl Scouts and Boy Scouts of America. I have been witness to his integrity and honesty, and was shocked when I found out he had done something not by the book. I do think his integrity comes though by him taking responsibility for his actions. He has made a mistake, and he knows it. Leo is a good honest man, and I hope you can see that.

Thank you for taking the time to consider this letter.

Kind Regards,

Kelsey LaMunyan

October 7, 2022

To The Honorable Gonzalo P. Curiel-

My name is Nicole Diaz and I have been employed with Leo Hamel Fine Jewelers for 9 years. When I was first hired in 2013, I started as an assistant to the repair department, then moved on to assist the Director of Sales in the showroom. After more than 2 years in the showroom, I moved into our inventory department where I am now the manager. In this time, I have grown to know Leo Hamel on a professional and personal level. He is a kind, hardworking and passionate individual who has great integrity for his family, employees and customer's. He is a wonderful boss and I'm truly honored to be a part of his team. He was a guest at our wedding, hosts wonderful events and shows that he cares about this team of employees. He's extremely knowledgeable and I appreciate everything he has taught me through the years.

Please accept this letter as a formal letter of character reference in support of Leo Hamel.

Nicole Diaz

February 6, 2020

To the Honorable Gonzalo P. Curiel:

My name is Saif Almodares, I have been working for Leo Hamel since March 2016 as the System Administrator in the I.T department. I think I've had enough time to know that Leo is honest and trustworthy. Leo's story inspired me and many others, as he is a self-made CEO and a hard worker who got where he is now by being ambitious, eager, and passionate. Leo will always find time for his employees to talk to and to help them when needed. He is like a friend for every single one at work.

Saif Almodares

Teri Ramirez
Leo Hamel Fine Jewelers
1851 San Diego Avenue #130
San Diego, California 92110
2/20/2020

The Honorable Gonzalo P. Curiel
940 Front Street
San Diego California 92101

To the Honorable Gonzalo P. Curiel,

My name is Teri Ramirez and I have been the Director of Sales at Leo Hamel Fine Jewelers for the past twenty-six years. Prior to working for Leo's I had been employed in the Jewelry Industry in San Diego since 1974. The company that I was employed by prior to working for Leo was in the process of closing its doors. I took the opportunity to shop for a reputable Jeweler as well as a reputable business owner to bring my clientele and my expertise too. There is a very short list of respectable Jewelers in San Diego and Leo Hamel is at the top of that list. I grew up here in San Diego and my family is very well connected to the community. My brother runs a very large nonprofit organization here in San Diego that takes students and incorporates athletes and athletics and academics to enhance their personal and professional lives. Leo has donated personally to his organization on more than one occasions. San Diego Shores is just one of the many local San Diego nonprofits that Leo has taken personal interest in. Leo is one of the most caring and un assuming people that I know. He often contributes to organizations without taking in recognition at all. Leo is also very giving with his family and friends. He is known for doing random acts of kindness for his employees just because. I often received thank you letters in the mail just for doing my job. How cool is that! Leo is one of the most valuable resources I have for ideas for clientaling, personal growth, product knowledge and goal setting. He has been an inspiration to me personally and professionally for more than a quarter century. I am proud to call him my friend and mentor.

Sincerely,

Teri Ramirez
Director of Sales
Leo Hamel Fine Jewelers

# GINA CUNNINGHAM DALEY
## P.O. BOX 2722
## RANCHO SANTA FE, CA 92067
## (619) 778-8721

January 13, 2020

The Honorable Gonzalo P. Curiel
U.S. District Court, Southern District of California
333 W. Broadway, #420
San Diego, CA 92101

Dear Judge Curiel,

As a long time San Diego businesswoman, I have had the pleasure of knowing Leo Hamel for 30 years: during that time I have done extensive business with Leo because of his genuine caring, honesty, integrity and desire to create clients for life. And, because of my strong belief in Leo, many of my friends have chosen to do business with Leo as well and have established long term ties with him.

Leo is an integral member of our community. Whether it involves children, law or animals, Leo has a huge heart and a willingness to give back.  As a fellow businessperson, like Leo, our company was asked consistently by clients to support their particular charity; one  near and dear to their hearts. As a client of Leo's, I, too, have asked him for support for charities important to me: the National Multiple Sclerosis Society and the San Pasqual Academy.  Leo did not hesitate when asked.

As a native San Diegan, Leo takes his roots seriously.  He is a good, responsible member of our community.  Leo is one of those individuals that if I needed him or his help, no matter what the issue was, I know he would do everything he could to help me.

Leo believes in San Diego.  His roots are here, he is raising his children here.  His compassion, kindheartedness and commitment to bettering our city is exemplary.

I am honored to call Leo Hamel my friend.

Sincerely,

Gina Cunningham Daley

**Frank Kowalski**

1415 Sunhaven Rd Alpine Ca, 91901
Phone: 619-666-1179

**To The Honorable Gonzalo P Curiel**

**Dear Judge Gonzalo P Curiel**

I have known and done business with Leo Hamel for over 36 years. In all those years I have known him personally and have done well over six figures of business with him as a customer. Along this timeline watching him grow his business from 2 employees to what his business is now has been inspiring to watch, when most business fail in the first 5 years he is still here and doing well. That longevity and weathering multiple economic cycles shows that he has built valuable relationships, ethics and trust with not only a loyal customer base but vendors and all the other aspects of being self-employed.

In the conversations we have had on a myriad of issues through the years on so many different subjects, he always came down with his input and suggestions on always doing the "Right" and "Ethical" thing. It was always like a Karma thing with him. The press he has received has also been unfair as it usually is on these issues. The comments I have read on some of the social media on this issue with him are downright unfair and gut wrenching for someone like me to have to read, since I really know him and for so long. Leo has always been active in the community always trying to make things better, and many depend on him for their jobs, family support and a host of other issues. A harsh sentencing/ruling since he has never had a legal issue like this before would not help him or any of those who depend on him.

Please call me if you have any other questions.

**Frank Kowalski**
Director of Operations and Water Quality (retired 2014)
Padre Dam MWD
12/9/2019

To whom it may concern

My 93 year young mom ask me
to let her feelings known
that Leo Hamel is a role model
to the Senior Community!

His friendship and warm heart
Shines and brings us
Great Big Smiles!

Yours Truly
Anita S Lagle

ec T.S.

 

24 January 2020,

Honorable Gonzalo P. Curiel,

I have known Leo Hamel for almost two decades, in that time I have found him to be and honest and open businessman.

In that time, we have become friends and he has helped me personally with purchases for my wife and daughters, as well as gave me advice when I decided to run for political office.

During that time, I have also become aware of his many activities in the community of special interest to me has been his active support and leadership of the Boy scouts. This is an organization I grew up in, when lived in Philadelphia.

Please give my friend Leo as much leniency as you are legally allowed, something he richly deserves.

Humbly Submitted,

Philip L. Thalheimer
President
SDFTI
858-569-1822

SAN DIEGO FLIGHT TRAINING INTERNATIONAL,
8745 AERO DRIVE SUITE 103, SAN DIEGO, CA 92123
HTTP://WWW.SDFTI.COM
E-MAIL: INFOR@SDFTI.COM
TEL: 858 569 1822
FAX: 858 569-5030

To whom it may Concern!

I have known Leo Hamel for 10 years and have made personal friends with him and his staff.

Leo Lisa Bianca Logan adopted me like family at a time of mourning of my Brother. That Love save me and gave me my Life Back.

Sincerly

Thomas Alan

EXHIBIT B



# State of California

## SECRETARY OF STATE

# C E R T I F I C A T E   O F   N O M I N A T I O N

I, Alex Padilla, Secretary of State of the State of California, hereby certify:

That according to the final official returns of the Presidential Primary Election held on the 7th day of June, 2016, and the statement of the result thereof on file in my office,

## **Leo Hamel**

is one of the top-two candidates for the voter-nominated office of

## **State Assembly Member District 71**

and will appear on the ballot at the November 8, 2016, General Election.



**IN WITNESS WHEREOF**, I hereunto set my hand and affix the Great Seal of the State of California, at Sacramento, this 15th day of July, 2016.

**ALEX PADILLA**
Secretary of State

OSP 10 119372



# DIANNE JACOB

SUPERVISOR, SECOND DISTRICT
SAN DIEGO COUNTY BOARD OF SUPERVISORS

August 14, 2018

*Serving the cities of*
*El Cajon*
*La Mesa*
*Lemon Grove*
*Poway*
*Santee*

*Serving the communities of*
*Agua Caliente*
*Allied Gardens*
*Alpine*
*Barrett*
*Blossom Valley*
*Bostonia*
*Boulevard*
*Campo*
*Casebrake*
*Casa de Oro*
*Crest*
*Cuyamaca*
*Dehesa*
*Del Cerro*
*Descanso*
*Dulzura*
*Eucalyptus Hills*
*Fernbrook*
*Flinn Springs*
*Granite Hills*
*Grantville*
*Guatay*
*Harbison Canyon*
*Jacumba*
*Jamul*
*Julian*
*Lake Morena*
*Lakeside*
*Mount Helix*
*Mount Laguna*
*Pine Hills*
*Pine Valley*
*Potrero*
*Ramona*
*Rancho San Diego*
*Rolando*
*San Carlos*
*San Pasqual*
*Santa Ysabel*
*Shelter Valley*
*Spring Valley*
*Tecate*
*Tierra del Sol*
*Vallecitos*

*Serving the Indian reservations of*
*Barona*
*Campo*
*Cosmit*
*Ewiiaapaayp*
*Inaja*
*Jamul*
*La Posta*
*Manzanita*
*Santa Ysabel*
*Sycuan*
*Viejas*

To Whom It May Concern:

As the Second District Supervisor of San Diego County, I am pleased to convey my highest regards for Leo Hamel and highlight the work that he has done for East County.

Along with being a successful businessman, Leo has always been a dedicated servant to his community. He sat on the Board of JAC (Jamul Action Committee) and donated 20,000 dollars to aid the organization's efforts to advocate for community needs.

Leo also generously donated his time and funds to several of our local churches, religious organizations, as well as the YMCA, with aims of helping better the lives of children and vulnerable populations.

Mr. Hamel's efforts have proven to be exemplary as a leader, as he has exhibited long-term commitment to the safety and well-being of the people in my district.

It is my pleasure to provide positive words and reference for Leo. Please do not hesitate to contact me directly at (619)531-5522 or Dianne.Jacob@sdcounty.ca.gov if you have any questions.

Sincerely,

DIANNE JACOB
Supervisor, Second District

DJ:vf

1600 PACIFIC HIGHWAY, ROOM 335 • SAN DIEGO, CALIFORNIA 92101-2470
(619) 531-5522 • FAX: (619) 696-7253 • TOLL FREE: 800-852-7322
250 E. MAIN STREET, SUITE 169 • EL CAJON, CALIFORNIA 92020-3941
www.diannejacob.com

# *SENATOR ERIC BRAKEY*

December 2, 2019

To Whom It May Concern,

I have known Leo Hamel in a variety of capacities for several years. I first met Leo during
my visits to California, and it has been an honor to get to know him. I have found him to
be a dedicated father, businessman and member of the community.

Mr. Hamel is an active business leader in the community as the owner of Leo Hamel
Fine Jewelers. Leo has been a member of the San Diego business community for much
of the last 30 years. He is well respected both among his employees and members of his
community.

Leo Hamel is also an actively contributing member of the community. Over the past few
years, he has been involved in many community organizations. Among those
organizations are the Boy Scouts of America, East County Animal Rescue, the Ronald
McDonald House Charities and Meals on Wheels, to name a few.

Mr. Hamel is dedicated to improving the lives of those around him through giving back
to the many charities and community organizations listed above. He is certainly an asset
to San
Diego and the surrounding communities.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Eric Brakey

*Former Senator of Maine, District 20*
*207-406-0897*
*Sen.eric.brakey@gmail.com*



SAN DIEGO COUNTY
**HONORARY DEPUTY SHERIFFS' ASSOCIATION**
POST OFFICE BOX 421260 SAN DIEGO, CA 92142

August 13, 2018

To Whom It May Concern,

Leo Hamel has been a member of the Honorary Deputy Sherriff's Association since October 2009. He has served on the board for 7 of those years.

He has been extremely active in promoting the interest of the Sherriff's Department, the William B. Kolender Sheriff's Museum in Old Town and the Weapons Training Unit based on MCA Base Miramar.

He has indeed been a valued member of the community as well as an asset to HDSA.

Sincerely,

*Heather Araiza*

Heather Araiza
Executive Director

# THE CITY OF SAN DIEGO

## Special Commendation

### IS HEREBY PRESENTED TO

# Leo Hamel

In recognition for your dedicated service and contributions to the San Diego business community

August 10, 2018

DATE

_____

KEVIN L. FAULCONER
MAYOR

PRESENTED BY

KEVIN L. FAULCONER
MAYOR

# Lorie Zapf
Councilmember, Second District

I have known Leo Hamel for over a decade. He has been very active and generous with his time & money, supporting a number of non-profits, schools and church groups - as well as law enforcement. He really cares about our youth - giving generously to →

202 C Street • Suite 10A • San Diego, CA 92101
Printed on recycled paper

both Girl & Boy Scouts. He donates his personal time - as well as generous contributions. He is a really nice person with a big heart for the community.

Respectfully,
Lorie Zapf

# THE CITY OF SAN DIEGO



## SCOTT SHERMAN

COUNCILMEMBER
SEVENTH DISTRICT

August 9, 2018

To Whom it May Concern,

This letter is my personal recommendation for Leo Hamel. I have known and worked alongside Leo Hamel for many years, most recently in my role as a San Diego City Councilmember.

Leo is a successful businessman with a diverse history of public service, community involvement and philanthropy. We have had the honor to serve together at numerous charitable events and through this I have learned Leo is a steadfast leader who works tirelessly to support initiatives to better the community.

Leo currently serves as the CEO and Owner of Leo Hamel & Company. A San Diego native, he has been the owner of Leo Hamel Fine Jewelers since 1980 and has become a pillar of the community. A proud small business owner, Leo has built a successful company from the ground up.

Leo is dedicated to his business and to the San Diego community as a whole. He is a devoted husband and father of three children: Scarlett, Alexis, and Leo III.

I highly endorse Leo in his professional and charitable capacity and I am honored to call him a friend.

Respectfully,

Scott Sherman
San Diego City Councilmember, District 7

202 "C" STREET, MS 10A · SAN DIEGO · CALIFORNIA 92101
(619) 236-6677 · FAX (619) 238-1360 · EMAIL: SCOTTSHERMAN@SANDIEGO.GOV

Printed on recycled paper

STATE CAPITOL
P.O. BOX 942849
SACRAMENTO, CA 94249-0033
(916) 319-2033
FAX (916) 319-2133

DISTRICT OFFICE
15900 SMOKETREE STREET, ROOM 125
HESPERIA, CA 92345
(760) 244-5277
FAX (760) 244-5447

### Assembly
### California Legislature



**TIM DONNELLY**
ASSEMBLYMAN, THIRTY-THIRD DISTRICT

COMMITTEES
VICE CHAIR: ELECTIONS AND
    REDISTRICTING
APPROPRIATIONS
ENVIRONMENTAL SAFETY AND
    TOXIC MATERIALS
JOINT LEGISLATIVE AUDIT
RULES

October 15, 2019

To Leo Hamel, Personal:

I am writing this letter as a testament to the high character of Leo Hamel, of Leo Hamel Fine Jewelers.

I've known Leo for going on a decade, and in that time, I've personally witnessed his strong moral character and outstanding personal ethic. He has always been forthright and truthful, and has a deep and abiding concern for the well-being of the community.

Not only is Leo active in politics on the state and federal level, but he seeks out and supports organizations that do good in the local community:

- Scouting Organizations
- Churches
- Animal Shelters
- Schools

There are very few people that I've met—and I've met tens of thousands as an Assemblyman and as a candidate for Governor of California—for whom I would vouch so strongly. He's a good man, and should be given the benefit of the doubt in every instance.

Please feel free to contact me via email with any questions.

Godspeed,

Tim Donnelly
Former California State Assemblyman
(Email: timdonn@gmail.com)

EXHIBIT C

**BOY SCOUTS OF AMERICA**
SAN DIEGO-IMPERIAL COUNCIL

August 9, 2018

To Whom It May Concern,

Leo Hamel has served as a member of the Board of Directors of the San Diego-Imperial Council Boy Scouts of America from 2011 to 2018 and continues his involvement and support of Scouting in a variety of areas which benefit thousands of youth members and adult volunteers.

Leo provides leadership and insights in the areas of volunteer recruitment and effective business practices as well as being a very generous donor to our special events and capital campaigns.

Most importantly Leo serves as an example of the values found in the Scout Oath and Law epitomizing great character, citizenship and community service. We are grateful to have him as a leader, supporter and friend.

Sincerely,

Tim Thomton
Scout Executive/CEO

Prepared. For Life."




**BOY SCOUTS OF AMERICA**
SAN DIEGO-IMPERIAL COUNCIL

November 6, 2019

Leo Hamel
Leo Hamel Fine Jewelers
1851 San Diego Ave Ste 130
San Diego, CA 92110-2100

Dear Leo:

It has been a great year for Scouting and we appreciate the significant role you've played!

Here are a few Scouting highlights from the past year that you've helped make possible:

1. 87,500 hours of community service (an average of 6 hours from each of our 15,800 scouts).
2. Scouting for Food generated over 68, 000 pounds of food to support local food banks.
3. Scouts earned 10,400 merit badges in 139 categories.
4. Over 400 of our youth earned the prestigious rank of Eagle Scout.

In addition to these achievements your support of Mataguay Scout Ranch through participating in the Legacy Campaign has allowed us to continue improving that property which supports outdoor programs like youth shooting sports, fishing, hiking and camping. In addition, and thanks to your recent contribution at our Auction and Gala on October 19, 2019 we plan to make significant range improvements. We are very excited about this project and will be in touch soon as the plan is developed.

Thank you Leo! You've been a good friend to Scouting for a long time and we appreciate all you continue to do. All the best to you, your family and everyone at Leo Hamel Fine Jewelers as you prepare for the holidays.

Sincerely,

Tim Thomton
Scout Executive

1207 Upas Street
San Diego, CA 92103
Phone (619) 298-6121 Fax (844) 269-8061
www.sdicbsa.org

**Prepared. For Life.**



**Burn Institute**

EXECUTIVE DIRECTOR
Susan Day

BOARD OF DIRECTORS

CHAIRMAN OF THE BOARD
Gerald S. Davee, Esq.

PRESIDENT
David Ott

VP CHIEF FINANCIAL OFFICER
Chief Bob Pfohl

VP DEVELOPMENT
Lisel Ferguson, Esq.

VP PROGRAMS
Brennon Hope

SECRETARY
Dolores Juditz

Jeffery Berend
James Boland
Chief Don Butz
Jeff Cole
Jesse Conner
Christina Figone
Jeanne Lee, M.D., FACS
Michael Murphy
Nicholas Segura
Chief Colin Stowell
Chief Mitch Villalpando
Miranda Watkins, Esq

November 13, 2019

Leo Hamel
Leo Hamel Fine Jewelers
1851 San Diego Ave, Suite 130
San Diego, CA, 92110

Dear Mr. Hamel,

I am contacting you in response to your letter regarding your past support of the Burn Institute. Leo Hamel Fine Jewelers supported the Burn Institute in 2015 through the donation of a certificate for a complete clean & overhaul of a Rolex or Mechanical Swiss watch and refinish at Leo Hamel Fine Jewelers.

We appreciate your past support and potential future partnership.

Sincerely,

Susan Day
Executive Director

 corazón de vida
*Changing Lives from the Heart*

November 18, 2019

Mr. Leo Hamel
Leo Hamel Fine Jewelers
1851 San Diego Avenue, Suite 130
San Diego, CA 92110

Dear Mr. Hamel,

On behalf of everyone at Corazon de Vida Foundation, we extend our heartfelt thanks to you and your staff for the ongoing support of Corazon de Vida and the children of Baja.

Since 2011, your organization has donated product to our annual Noche de Gala fundraising events and your team has also visited the orphanages with us and have organized supply drives at your store where you have food, collected toiletries, cleaning supplies and gifts for the children.  It is evident that your organization believes in supporting the community around you, we are grateful to be the beneficiaries of that commitment.

For 25 years, Corazon de Vida has been providing life-changing support for orphaned and abandoned children in Baja, Mexico. The orphanages we support are all located near the San Diego border, allowing us to stay connected and aware of their most pressing needs.

Your support helps us provide monthly funding for 10+ orphanages housing over 500 children and fund scholarships for teens aging out of the orphanage system to continue their education through college or technical school, and serve as role models to their younger "siblings".


On behalf of the children, Gracias!

Sincerely,

Hilda-Pacheco-Taylor
Founder, President

14252 Culver Drive #A800   Irvine, CA 92604   (949) 476-1144   info@corazondevida.org   www.corazondevida.org



November 1, 2019

Leo Hamel Fine Jewelers
1851 San Diego Ave, Suite 130
San Diego, CA 92110

Dear Mr. Hamel,

On behalf of DS Action, I wish to express our sincere gratitude for the support and friendship that your team has shown over the years. This year, we are celebrating 10 years of success with DS Action's Comedy Ball fundraising event. We truly appreciate having your organization and team as our sponsor for the past decade.

The very generous gifts of fine jewelry donated to DS Action, have been featured in our auctions and specialty drawings. Each year, these beautiful items bring much excitement to the event and enjoyment to our guests and volunteers. Your donations have helped to fund the Down Syndrome Center at Rady Children's Hospital-San Diego and other DS Action projects.

The Down Syndrome Center, which DS Action Founded in 2008, provides a central location where children can receive nationally recognized, state-of-the-art medical and developmental care. This care is tailored to individuals based upon their age, health and developmental status as well as following current standards of care for Down syndrome. The Center provides support, assessments and referrals to specialists. Periodic comprehensive, multi-disciplinary evaluations assist in meeting the specific and unique medical and developmental needs of individuals with Down syndrome. The Center also provides leadership in the areas of Down syndrome research and development, in order to establish optimal medical and developmental standards.

DS Action is a non-profit 501(c)(3) organization, Federal Tax ID number is 26-0418777.

Thank you again for supporting DS Action in its mission to improve the lives of individuals with Down syndrome and their families. It is people like you who truly make a difference in our community.

With much gratitude,

*Sharla A. Hank*

Sharla Hank, President & Co-Founder

www.downsyndromeaction.org          P.O. Box 23453          San Diego, CA 92193          619.694.4615

**EAST COUNTY ANIMAL RESCUE**
**P.O. BOX 1754**
**EL CAJON, CA. 92022**
**www.eastcountyanimalrescue.org**

November 1, 2019

 

Leo Hamel Fine Jewelers
1851 San Diego Avenue, STE 130
San Diego, Ca. 92110

Dear Mr. Hamel,

On behalf of our rescue and our cats, I would like to thank you for your continued support to our cause. We have had the benefit of receiving financial support from your wonderful company since 2011 (specifically 7/30/11, 3/14/12, 3/28/13, 11/5/13, 12/10/14, 12/3/15 and 12/15/18) and hope to continue for years to come. Your generosity is greatly appreciated and very much needed. We feel honored to know that we have a very respected, well known and upstanding business like Leo Hamel Fine Jewelers on our side. You can rest assure that 100% of your donation will be helping the cats directly.

We are a 501 (c) 3 non-profit, no-kill, cat rescue helping the community cats of San Diego county and our Tax ID# is 54-2081716.

Again thank you for your support!!

For the cats,

*Yvette Davis*

Yvette Davis
Director
East County Animal Rescue
yvette@eastcountyanimalrescue.org



**girl scouts**
**san diego**

November 4, 2019

Leo Hamel Fine Jewelers
1851 San Diego Ave, Suite 130
San Diego, CA 92110

**Girl Scouts San Diego**
**Balboa Campus**
1231 Upas Street
San Diego, CA 92103
619-298-8391
sdgirlscouts.org

**Escondido Program Center**
3050 Las Palmas
Escondido, CA 92025
760-739-8268

**North Coastal Service Center**
5315 Avenida Encinas, Suite 100
Carlsbad, CA 92008
760-444-9011

Dear Leo,

We are so thankful for your support! You have been a long-time partner
with Girl Scouts San Diego. Every year since 2006, You and your team
have generously provided your beautiful jewelry for auction at our major
events, bringing in thousands of dollars to support important programs
for girls. You make it possible for more than 23,000 girls in San Diego and
Imperial Counties to experience the joy that comes with Girl Scouts.

With the support of Leo Hamel Fine Jewelers, Girl Scouts are able to
discover who they are as individuals – what they're passionate about,
and what they want to achieve. With Girl Scouts, the next opportunity to
stand up, speak up and take the lead is never far away.

At Girl Scouts San Diego, we are very grateful for your long-term
partnership. Together, we are building girls of courage, confidence, and
character, who make the world a better place.

Thank you for all you do!

Sincerely,

Carol Dedrich
Chief Executive Officer

*Leo,*
*Thank you for*
*all your support.*
*My sincere apologies for*
*[illegible]*



girl scouts
san diego


*All That* **GOLD** *is*

October 31, 2019

Leo Hamel
1851 San Diego Avenue, Suite 130
San Diego, CA  92110-2100

**Girl Scouts San Diego**
**Balboa Campus**
1231 Upas Street
San Diego, CA 92103
619-298-8391
sdgirlscouts.org

**Escondido Program Center**
3050 Las Palmas
Escondido, CA 92025
760-739-8268

**North Coastal Service Center**
5315 Avenida Encinas, Suite 100
Carlsbad, CA 92008
760-444-9011

Dear Leo,

Thank you for making *Urban Campout: All That Glitters is Gold* such a successful evening! With your help, our 22nd annual fun fundraiser for grown-ups is already giving girls opportunities to adventure at camp, discover STEM (science, technology, engineering and math), develop valuable life skills and cultivate an entrepreneurial spirit. We are glad you could be part of Girl Scouts San Diego's celebration. To see photos from the event, please visit sdgirlscouts.org/uc.

We appreciate your contribution:

- $2800 | Auction Package #303 - Southwest Silver | *estimated fair-market value $2,800.00 - Leo Hamel*

- $200 | Nut Tree | *estimated fair-market value $32*

Please accept our deepest apologies for the delay in sending this acknowledgement. You are very important to us, and we do not take our partnership for granted. If you have any questions regarding our records, please don't hesitate to call Trisha Domingo at 619-610-0839. She is happy to help you.

Through your partnership, you are making Girl Scouting available to every girl, regardless of her circumstances. You are building tomorrow's leaders—girls of courage, confidence, and character, who make the world a better place. Thank you!

Sincerely,

Liz Sheahan
Chief Philanthropy Officer

*Thank you!*

*For tax purposes, your donation is limited to the excess contributed over the value of goods or services provided. Girl Scouts San Diego is a 501(c)(3) organization, Federal Tax ID# 95-1644585.*
**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**



**girl scouts**
san diego

October 31, 2019

*All That Glitters is*
**GOLD**

Mr. Leo Hamel
Leo Hamel Fine Jewelers
1851 San Diego Avenue, Suite 130
San Diego, CA 92110-2100

**Girl Scouts San Diego**
**Balboa Campus**
1231 Upas Street
San Diego, CA 92103
619-298-8391
sdgirlscouts.org

**Escondido Program Center**
3050 Las Palmas
Escondido, CA 92025
760-739-8268

**North Coastal Service Center**
5315 Avenida Encinas, Suite 100
Carlsbad, CA 92008
760-444-9011

Dear Leo,

Thank you for making *Urban Campout: All That Glitters is Gold* such a successful evening! With your help, our 22nd annual fun fundraiser for grown-ups is already giving girls opportunities to adventure at camp, discover STEM (science, technology, engineering and math), develop valuable life skills and cultivate an entrepreneurial spirit. We are glad you could be part of Girl Scouts San Diego's celebration. To see photos from the event, please visit sdgirlscouts.org/uc.

We appreciate your contribution:

- Gifts in kind | Auction Package # 95 - Diamond and Gold Necklace | Auction Package #94 - Diamond Hoop Earrings | *no goods or services received*

Please accept our deepest apologies for the delay in sending this acknowledgement. You are very important to us, and we do not take our partnership for granted. If you have any questions regarding our records, please don't hesitate to call Trisha Domingo at 619-610-0839. She is happy to help you.

Through your partnership, you are making Girl Scouting available to every girl, regardless of her circumstances. You are building tomorrow's leaders—girls of courage, confidence, and character, who make the world a better place. Thank you!

Sincerely,

Liz Sheahan
Chief Philanthropy Officer

*Thank you again!*

*For tax purposes, your donation is limited to the excess contributed over the value of goods or services provided. Girl Scouts San Diego is a 501(c)(3) organization, Federal Tax ID# 95-1644585.*
**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**



August 17, 2018

**Girl Scouts San Diego**
**Balboa Campus**
1231 Upas Street
San Diego, CA 92103
619-298-8391
sdgirlscouts.org

**Escondido Program Center**
3050 Las Palmas
Escondido, CA 92025
760-739-8268

**North Coastal Service Center**
5315 Avenida Encinas, Suite 100
Carlsbad, CA 92008
760-444-9011

To Whom It May Concern:

Since 2006, Leo Hamel has generously donated more than $100,000 in monetary and in-kind gifts to Girl Scouts San Diego.

For many years, a lovely piece from Leo Hamel Fine Jewelry has been a highlight of the live auction at our fundraiser. Leo's donations have supported Girl Scouts in many ways, from leadership development programs to capital campaigns.

We greatly appreciate his longtime support!

Sincerely,

Carol Dedrich
Chief Executive Officer

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.


# MT HELIX ACADEMY

5955 Severin Drive, La Mesa, CA 91942
619-243-1400
Fax-619-466-1448

November 5, 2019

To Whom It May Concern:

Leo Hamel (and Leo Hamel Jewelers) have been generous supporters of Mt. Helix Academy since 2012. He has made several generous donations to our annual Jogathon as well as to other fundraising endeavors for our school. Leo has also spent time helping out as a parent volunteer at various school events, most recently at our annual Halloween Carnival. He is also a supportive parent of his children at our school, one who graduated last year, and two who are currently attending Mt. Helix Academy.

It has truly been a pleasure getting to know Leo and his family, and I can always count on their support whenever needed. If you need further information, please contact me at 619-243-1400.


Sincerely,

Mike Collins
Director, Mt. Helix Academy

# Our Lady's School



*A Jesuit Educational Community*

> **"Providing a quality Catholic Education for over 100 years."**
> **1912-2019**

**Mr. Noel Bishop**
Principal

November 2, 2019

Dear Mr. Hamel,

Thank you for your continued support to Our Lady's School. Your recent donation of $2,000.00 has meant a great deal to our school community.

Our Lady's School is grateful to Mr. Leo Hamel for his continued commitment to provide financial assistance to the school community. His generosity has helped many families meet their financial obligation to our school. Mr. Hamel has made monetary donations to our school on the following dates:

4/8/2010
5/23/2011
12/19/2011
7/13/2013
4/23/2016
12/16/2017
6/27/2019
10/23/2019

Mr. Hamel has also made donations of raffle items from his business for our annual dinner dance every year since 2010. We are truly appreciative of his generosity over the years.

Thanks again and I look forward to seeing you in the near future. God bless.

Yours in Christ,

Noel B.

Noel Bishop
Principal
Our Lady's School



# Our Lady's School

*A Jesuit Educational Community*

"Providing a quality Catholic
Education for over 100 years."
1912-2019

**Mr. Noel Bishop**
Principal

November 2, 2019

Dear Mr. Hamel,

Thank you for your continued support to Our Lady's School. Your recent donation of $2,000.00 has meant a great deal to our school community.

Our Lady's School is grateful to Mr. Leo Hamel for his continued commitment to provide financial assistance to the school community. His generosity has helped many families meet their financial obligation to our school. Since 2009, Mr. Hamel has donated more than $25,000.00 in cash and auction items, so that our students can obtain a quality Catholic education. We are blessed to have Mr. Hamel as one of our friends, and wish him the best in the future.

Thanks again and I look forward to seeing you in the near future. God bless.

Yours in Christ,

Noel Bishop
Principal
Our Lady's School

650 24th Street, San Diego, CA  92102    (619) 233-8888    Fax (619) 501-2951    E-mail: nbishop@olssd.org
School Website: www.olssd.org



**Ronald McDonald House Charities®**
San Diego

November 11, 2019

Mr. Leo Hamel
Leo Hamel Fine Jewelers
1851 San Diego Avenue, Suite 130
San Diego, CA 92110

Dear Mr. Hamel:

I would like to thank you on behalf of Ronald McDonald House Charities of San Diego for your past contributions to our organization during the period from 2007 to 2009. Your support helped make it possible for our organization to provide families with the care and support that they needed as they cared for their hospitalized child.

Sincerely,

Charles E. Day
President & CEO

CED/ds



Accredited by CAIS

Accredited by WASC

Accredited by the French
Ministry of Education

A Non-Profit Corporation
founded in 1988

6550 Soledad Mountain Rd.

La Jolla, California 92037

telephone (858) 456-2807
fax (858) 459-2670

**www.sdfrenchschool.org**

Leo Hamel Fine Jewelers
1851 San Diego Ave. Suite 130
San Diego, CA 92110

Dear Mr. Hamel,

The support of Leo Hamel Fine Jewelers in our Gala fundraising efforts in both 2012 and 2013 was extremely valuable in the enhancement of the San Diego French American School's campus. His generous donation of a pearl necklace and a pair of stunning diamond earrings raised approximately $7,000 in auction for our cause. There is nothing more rewarding than a local business supporting a local school.

It was a pleasure to receive their high-quality jewelry and customer service and we hope to continue this partnership in the future.

Sincerely,

Veronique Rahmati
Director of Development



November 14, 2019

To Whom It May Concern:

Leo Hamel, along with his business Leo Hamel Fine Jewelers, generously supported the San Diego Police Foundation from 2010 to 2015 with both monetary contributions for our events and major giving circles, as well as in-kind services for our silent auctions. Leo always showed enthusiasm and genuine interested in the cause of public safety, and for this we are very grateful for his support.

Sincerely,

Sara Napoli
President & CEO



San Diego Shores Water Polo Club is a non-profit sports group for kids that offers water polo instruction and competition to athletes ages 7-18. Our policy is to never turn a child away because they can't afford to play so the support from organizations such as Leo Hamel Fine Jewelers is crucial for as to be able to do what we have set out to do. Last year, we took a team of 14 and under athletes to Indiana to compete in the 8th grade national championships and one of the athletes had never been on an airplane before. At Shores we don't just aim to create great water polo players but also to give kids opportunities they would otherwise never had and this is why we are so very thankful for Leo Hamel's continued support over the past 12 years.

Sincerely,

Doug Peabody

President
San Diego Shores Water Polo Club

San Diego Shores Water Polo Club
3560 Arizona Street, San Diego, CA 92104
Phone: 858-348-4400 Email: info@sandiegoshores.net
Tax Deductible ID# 33-0730817



**Second Chance Dog Rescue**
**Tax ID: 26-3642128**
Mailing Address:
2801 "B" Street #55
San Diego, CA 92102
619-721-3647

Leo Hamel Fine Jewelers
1851 San Diego Avenue
San Diego, CA 92110

Dear Leo,

Thank you for your generosity over the years. This year we are on track to rescue and rehome over 600 dogs! As one of San Diego's largest and most successful dog rescues, we look for the support of our local community as one of our keys to success. We are grateful that we can count on Leo Hamel each year for donations (both monetary and jewelry donations for silent auction). From all of us at Second Chance Dog Rescue (Four-legged friends included), THANK YOU!

Sincerely,

Sarah Ferrara
Executive Director
Second Chance Dog Rescue



# St. Augustine High School
### Catholic Education for Young Men Since 1922

November 15, 2019

Hello Leo,

We received your letter on Tuesday of this week and your follow up letter today. We are a small office with many projects and deadlines. We also had a holiday Monday, so I apologize for not getting you a hard copy of this letter.

I have attached a copy of your record from our database. As you can see, we have received three gifts with dates and amounts noted. Saints always appreciates your support.

We also thank you for your participation in Jr Career Day, Tom Cudal informed me you did it twice and could not recall the exact years. You also participated in our Alumni Business Symposium in October of 2018.

From 2007 through 2015 we had a Christmas Social in early December and invited our families and friends. Leo Hamel Jewelers donated a beautiful piece of fine jewelry each year for the auction.

We appreciate our partnership with Leo Hamel Jewelers and look forward to it continuing in the future.

Sincerely,

*Edwin J. Hearn*

Ed Hearn
President

UNITAS                    VERITAS                    CARITAS

3266 Nutmeg Street ◇ San Diego, California 92104 ◇ (619) 282-2184 ◇ FAX (619) 282-1203 ◇ www.sahs.org





**St.Madeleine
Sophie's Center**

Serving Adults with Developmental Disabilities for Over 50 Years

November 19, 2019

Leo Hamel Fine Jewelers
C/O Leo Hamel
1851 San Diego Ave. Suite 130
San Diego, CA 92110

Dear Leo,

On behalf of our students, staff, and Board of Trustees, thank you very much for your generous support since 2018. Your support is deeply appreciated and greatly benefits the students who attend the Center.

Your gift helps us provide quality programs and unique activities to individuals with developmental disabilities. The programs and activities include Adaptive Computer Training, Aquatics/Fitness, Sophie's Garden, Dance/Yoga, Sophie's Gallery art program, and Culinary Arts Training. These and our other programs help students find independence and achieve inner fulfillment though meaningful work and unique self-expression. Because of you, we are able to provide live-long programs for our students so they may continue to learn, grow and develop their abilities – and we thank you!

We invite you to stay up-to-date on our current events by visiting www.stmsc.org or by liking us on Facebook https://www.facebook.com/StMadeleineSophiesCenter.

Thank you again for your caring generosity and support of St. Madeleine Sophie's Center and the individuals with developmental disabilities whom we serve.

Sincerely,



Debra Emerson, MBA
Chief Executive Officer

P.S. No goods or services of any value were provided to you in exchange for your donation. All donations are tax deductible to the fullest extent of the law. Our tax ID number is 95-1957332.

Our Mission
St. Madeleine Sophie's Center educates and empowers individuals
with developmental disabilities to realize their full potential.



Leo Hamel Fine Jewelers                                    29 Oct 2019
1851 San Diego Ave
San Diego, CA 92110
Atten: Leo Hamel

Dear Leo:

I just wanted to take a moment to thank you and your staff for your consistent support of animal welfare activities sponsored by Tail is Up Foundation. While Tail is Up does not directly do animal rescues, we sponsor fundraising for rescue organizations and pay for vet bills, animal care and other rescue expenses on behalf of rescuers. We have called upon Leo Hamel Fine Jewelers over the 6 years we have been in existence to donate silent auction items to support our sponsored rescues. Your staff has never hesitated to give high quality items for our fundraisers. Diamond earrings, a Hermes scarf and a diamond cocktail ring are a few of the items generously donated to our animal welfare causes.

Tail is Up Foundation Inc is a 501(c)(3) Public Benefit Non-Profit. Our Mission Statement is:  to enlist community involvement in and assist with funding of animal welfare activities to the benefit of the community. You and your staff, with your generous support, have helped us to bring about better lives for many animals in need.  We have funded dog, cat, horse and even squirrel rescue operations. Thank you so much for your support!

Warm Regards,

Judy Scheuer
President
Tail is Up Foundation, Inc



Tail is Up Foundation, Inc is a non-profit organization under IRS Section 501(c) (3). Federal Tax ID number 81-0866283.



Dear Leo Hamel,

We are so grateful for the support Leo Hamel gave Team Parker for Life this year at our Inaugural Hearts of Gold Gala. Since starting our 501c3 for Childhood Cancer back in 2014 Leo Hamel and its employees have always showed great interest in not only our own child fighting cancer, but the lives of the other children they follow through our organization. We are so grateful to have partnered up with you and your generosity helped us to raise over $380,000 at our first gala. We look forward to working with you in the future to further our mission and help many more families who have a child fighting cancer!!

Warmest Regards,

Crystal Shaw

Founder/President
Team Parker for Life

TONY HAWK **FOUNDATION**

Leo Hamel
Leo Hamel Fine Jewelers
1851 San Diego AVE, Suite 130
San Diego, CA 92110

14 November 2019

Dear Leo,

We truly appreciate your contributions to the Tony Hawk Foundation and our mission to bring safe, public skateparks to youth in underserved communities. Leo Hamel Fine Jewelers has donated auction items for our special events and Holiday auctions since 2013, and beyond the funds we've been able to raise, interest in your beautiful pieces has brought our work to the attention of many more people outside of our typical circles.

Thank you for your ongoing support of the work of the Tony Hawk Foundation. It truly helps us make a difference in the lives of the youth we serve.

Miki Vuckovich
Executive Director