**AMENDED SENTENCING SUMMARY CHART**                                   USPO ____
              SENTENCING DATE:  October 28, 2022                                 AUSA ____
                                                                                                         DEF _x_

Defendant's Name:   Leo Joseph Hamel         Docket No.  3:19-cr-04768-GPC

Guideline Manual Used: November 1st, 2018     Agree with USPO Calc.:          _N/A_

Base Offense Levels: USSG §2K2.1(a)(7)
                                                                                                          _12_

Specific Offense Characteristics:                                                              _+4_

Victim Related Adjustment:                                                                     __

Adjustment for Role in the Offense:                                                          __

Adjustment for Obstruction of Justice:                                                      __

Adjustment for Reckless Endangerment During Flight:                           __

Adjusted Offense Level:                                                                            _16_

_ Combined (Mult. Counts)  _ Career Off.   _ Armed Career Crim.             __

Adjustment for Acceptance of Responsibility:  USSG §3E1.1                  _-3_

Total Offense Level:                                                                                  _13_

Criminal History Score:                                                                             _3_

Criminal History Category:                                                                       _II_
  _ Career Offender   _ Armed Career Criminal

Guideline Range:                                                          from       15 mths
(Range limited by:  _ minimum mand.   _ statutory maximum)
                                                                                        to            21 mths

Departures:

Government Recommended Departures

Defense Recommended Variance 18 U.S.C. §3553(a)                          -6

                                                                                                    Resulting
Guideline Range:  Adjusted Offense Level                                            7

                                                                                        from   2 mths
                                                                                        to       8 mths


**RECOMMENDATION:**   One year probation with 60 days home detention